# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                                                    Case No.: 1:15−cr−00260

                                                                                     Honorable Jorge L. Alonso

Roderick Groetzinger, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso as to Roderick Groetzinger: By agreement of the parties, sentencing hearing previously set for 2/14/18 is stricken and reset to 5/31/18 at 1:30 p.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.