

**GOVERNMENT EXHIBIT**
Group Exhibit 1

# GROUP EXHIBIT 1

**US VS. GROETZINGER, 15 CR 260-2**
Fraudulent Vendor Payments -
Summary 2000 - 2013

## SUMMARY

| Vendor Name | | Total |
|---|---|---|
| Beverage Industry Marketing Services ("BIMS") | $ | 695,915.00 |
| Event Services Inc. | $ | 408,397.00 |
| Events Marketing Network LLC ("EMC LLC") | $ | 789,070.00 |
| Rave Media LLC | $ | 7,000.00 |
| RaveMedia, a division of BIMS | $ | 122,607.00 |
| **Grand Total** | **$** | **2,022,989.00** |

| Ref. | Invoice Date | Invoice Amount | Vendor Name | False Description | Source |
|---|---|---|---|---|---|
| 20b | 5/13/2003 | $ 36,200.00 | BIMS | AmBvgInst train progrm-develop/research systems/current procedures, pouring techniques; svcs incl-bartendr/waitstaff interviews, copy, production and graphics | 3/20/15 – Richard Berman 302 (FBI302_007-000009-10 & 16) |
| 20l | 7/8/2005 | $ 25,000.00 | BIMS | Indian Gaming-develop bvg responsiblty program; svcs incl: copy, editorial, layout, graphic design and production | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 113) |
| 20m | 8/3/2005 | $ 25,040.00 | BIMS | Retailer training program-bvg training guide/svc guides; svcs incl: content research outlines/copy drafting and revisions; graphic design/layout to film | 7/12/2018 – David Colletti 302 (FBI302_020-000001-3) 7/12/2018 – David Colletti 302 (FBI302_020-000001-2, & 8) |
| 20n | 3/24/2006 | $ 18,520.00 | BIMS | Piuquat-Indian Gaming: bvg traing guide alcohol guidelines; svcs incl: content research outlines/copy drafting and revisions. Graphic design/layout to film | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 114) |
| 20o | 6/1/2006 | $ 23,250.00 | BIMS | HMS Host-menu bvg progrm; svcs incl: create & develop bvg training mtls, research develop creative design | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 115) |
| 20p | 6/8/2006 | $ 52,700.00 | BIMS | BWW retail training; svcs incl: content research outline/copy drafting/ revision Graphic design and layout film and printing | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 116) |
| 20q | 9/7/2006 | $ 51,600.00 | BIMS | Hooters bvg training guide; svcs incl: creative design/layout, content resrch outline, copy drafting and revisions | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 117) |
| 20r | 3/12/2007 | $ 28,740.00 | BIMS | Darden, bvg alcohol training guide-retail training; svcs incl: content research outline/copy drafting and revisions. Graphic design/layout to film, printing | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 118) |
| 20s | 9/14/2007 | $ 11,200.00 | BIMS | NBA Bar-Tavern Ideation-retail promo l mtls; svc incl: content research outline copy drafting revisions; graphic design layout to final film; printing fulfillment | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 119) |
| 3a | 2/4/2009 | $ 28,500.00 | BIMS | Basktbll Tourn-Casino/Gaming promo programming- content rsch outline/copy drafting, revisions. Graphic desing/layout to final film, legal review presentation, printing and fulfillment. | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 62) |
| 3b | 7/23/2010 | $ 87,000.00 | BIMS | Draft training/Recognition Program: descrip per est-development of a system focused draft training and recognition program | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 63) |
| 3c | 4/27/2011 | $ 89,000.00 | BIMS | Las Vegas-casino draft masters- develop a system focused draft training recognition program; incl comprehensive draft beer education mtls for all three beer selling system tiers | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 64) |
| 3d | 2/20/2012 | $ 93,600.00 | BIMS | Las Vegas-casino, draft quality mgmt routine; provided by-unit assessment of current draft system efficiencies; recommends for increased yields & product quality. Institute draft maint routines each outlet; initiated std cklist for ongoing prgrm consistency; | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 65) |
| 3e | 9/4/2012 | $ 28,730.00 | BIMS | Casino Draught Beer Training-Las Vegas (Cannery, Rampart, Bill's Casino)-Instructional training for wait staff and svc persons on proper way to handle, care and serve draught beer | 3/30/15 – Carlos Calderon 302 (FBI302_007-000032-33 & 43) |

| | | | | | |
|---|---|---|---|---|---|
| 3f | 2/15/2013 | $ 96,835.00 | BIMS | LasVegas-Casino-Hotel, draft quality mgmt & assessments; provide by-unit assess 38 draft systems; develop in-unit systm focus, draft training/rcogntn program focused against draft maint and pouring standards of draft beer. | 7/9/15 – David Colletti 302 (FBI302_011-000011-13, & 66) |
| 9v | 9/5/2000 | $ 21,639.00 | RaveMedia, a division of BIMS | island of capri concept presentation of NFL program, thematic POS materials, customized to site | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 67) |
| 9w | 9/8/2000 | $ 50,823.00 | RaveMedia, a division of BIMS | applebee-dev concepts, presentations, 4th july charity tie&vol fireman tundrsg | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 147) |
| 9JJ | 6/12/2001 | $ 26,310.00 | RaveMedia, a division of BIMS | hotel/motel show 2001 includes booth, displays, collateral, novelties | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 148) |
| 9KK | 7/11/2001 | $ 23,835.00 | RaveMedia, a division of BIMS | coex 2001-trade show mtls & POS items | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 151) |
| | | | | | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17 & 22) (FBI302_010-000001-4) |
| 9UU | 2/6/2002 | $ 47,317.00 | Event Services Inc. | svc for coex show Feb 22-25 incl sell sheet, hand outs, talent fees, MBCo servers, recep/sponsor & execution food-bev | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 152) |
| | | | | | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17 & 21) (FBI302_010-000001-4) |
| 9D | 9/30/2004 | $ 20,000.00 | Event Services Inc. | MW tribal gaming conv sponsorship aug 04 incl dinner, sponfee, display, receptn | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 156) |
| 9E | 9/30/2004 | $ 17,040.00 | Event Services Inc. | MW tribal gaming conv aug 04 svcs incl booth space/display, beer service girls, set up and tear down | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 157) |
| | | | | | 7/9/15 – David Colletti 302 (FBI302_011-000011-13) |
| 9H | 9/30/2004 | $ 7,000.00 | Rave Media LLC | ad dev & insertion- am bvg inst emdia guide incl graphic design/layout to final film | 7/12/18 – David Colletti 302 (FBI302_020-000001-2, & 5) |
| | | | | | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 158) |
| 9S | 3/2/2005 | $ 47,600.00 | Event Services Inc. | COEX-incl open recep-cocktail party, booth set up/tear down, talent fee, servers 3 days, sell sheet, audio rental | 7/12/18 – David Colletti 302 (FBI302_020-000001-2, & 5) |
| | | | | | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17) (FBI302_010-000001-4) |
| 9x | 6/8/2005 | $ 52,700.00 | Event Services Inc. | AmBvg inst serv incl coord show arrange, booth rent, setup, dev survey, sell sheets, recep spons, exec food-bvg | 3/20/15 – Richard Berman 302 (FBI302_007-000009-10) |
| | | | | | 7/12/18 – Richard Berman 302 (FBI302_020-000009, & 12) |
| 9b | 7/29/2005 | $ 45,400.00 | Event Services Inc. | MUFSO midyr conf- FL; incl recep spons; execute food-bvg, produce display, sampling and servers | 6/9/15 – Monique Levy 302 (FBI302_010-000006-7) |
| 9e | 10/14/2005 | $ 21,240.00 | Event Services Inc. | MW indian gaming conf sponsor, prod display | 7/9/15 – David Colletti 302 (FBI302_011-000011-13) |
| | | | | | 7/12/18 – David Colletti 302 (FBI302_020-000001-2, & 6) |
| 9h | 12/9/2005 | $ 20,500.00 | Event Services Inc. | olive garden-gen mgrs conf; reception sponsor & execute food-bvg, product display | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 161) |
| 9j | 2/20/2006 | $ 53,000.00 | Event Services Inc. | indian gaming conv incl coord show arrange- booth rent-setup, develop survey, design sell sheet, reception spons execute, sampling and servers | 7/9/15 – David Colletti 302 (FBI302_011-000011-13) |

| ID | Date | | Amount | Vendor | Description | Reference |
|---|---|---|---|---|---|---|
| 9k | 2/3/2006 | $ | 36,000.00 | Rave Media LLC | applebees guide-ntl accts; research outline, write copy, design graphics w 4 color photos, layout product printing | 7/12/2018 – David Colletti 302 (FBI302_020-000001-2, & 4)<br>2/25/16 – Brian Masilionis 302 (FBI302_014-000004-5 & 9) |
| 9m | 2/28/2006 | $ | 47,600.00 | Event Services Inc. | coex booth set up/tear down, develop- design 4 pg sell sheet, audio rental, servers (3days) + opening day reception | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 162)<br>5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17 & 20) (FBI302_010-000001-4) |
| 23a | 6/13/2006 | $ | 53,500.00 | EMN LLC | AmBvginst-trade show sponsorship-opening recep incl cocktail party | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 164)<br>3/20/15 – Richard Berman 302 (FBI302_007-000009-10 & 28) |
| 23b | 6/9/2006 | $ | 26,500.00 | EMN LLC | Roundtable Pizza-sporsorship fee & product display | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 122)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 123) |
| 23c | 7/21/2006 | $ | 46,500.00 | EMN LLC | MUFSO mid-yr conf-reception sponsorship and execution, product display, sampling & servers | 6/9/15 – Monique Levy 302 (FBI302_010-000006-8)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 124) |
| 23d | 9/6/2006 | $ | 40,000.00 | EMN LLC | Ruby Tuesdays Rest Chain GM Conference; bronze level reception sponsorship, product display, sampling and servers | 3/28/17 – Brian Esser 302 (FBI302_018-000016-18 & 21)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 125) |
| 23f | 10/16/2006 | $ | 48,000.00 | EMN LLC | co-ex convention, booth set up & teardown, audio rental, opening reception includes cocktail party, talent fee (3 days), 2 sided self sheet develop | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17) (FBI302_010-000001-4)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 126) |
| 23g | 3/14/2007 | $ | 37,500.00 | EMN LLC | Ntl Indian gaming conf-reception sponsor & execution, product display, sampling servers | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 127) |
| 23h | 3/9/2007 | $ | 35,000.00 | EMN LLC | Total Entertainment GM conference Bronze- receptions sponsorship and execution, product display and sampling | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 128) |
| 23i | 3/26/2007 | $ | 22,600.00 | EMN LLC | Fosters sponsorship JVP outback- includes sponsorship fee and product display | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 129) |
| 23j | 3/26/2007 | $ | 30,000.00 | EMN LLC | Fox and Hounds GM conference–Fosters sponsorship fee and product display; NOTE: "ROZENBERG" | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 130) |
| 23k | 3/28/2007 | $ | 25,000.00 | EMN LLC | GM conf–Olive Garden (darden) peroni sponsorship fee- bronze level; product display and sampling; NOTE: "ROZENBERG" | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 131) |
| 23l | 3/29/2007 | $ | 12,000.00 | EMN LLC | Fox and Hounds GM conference sponsorship– Pilsner Urquell brand sponsorship fee and product display | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 132) |
| 23m | 9/20/2007 | $ | 48,000.00 | EMN LLC | MUFSO booth set up/teardwn, audio rental at booth, talent 4d, sell sheet development | 6/9/15 – Monique Levy 302 (FBI302_010-000006-7 & 10)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 133) |
| 23n | 9/21/2007 | $ | 46,830.00 | EMN LLC | AmBvginst Golf Fall Mtg Sponsor-banner & signage-each hole, product sampling-each hole, hospitality tent w miller products, reception sponsorship; NOTE: "ROZENBERG" | 3/20/15 – Richard Berman 302 (FBI302_007-000009-10 & 29)<br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 134) |

| | | | | | |
|---|---|---|---|---|---|
| 23o | 2/27/2008 | $ 48,620.00 | EMN LLC | COEX sponsor std 10'x10' booth w upgraded furniture pkg, 2 temp hosts, ent co sponsor; NOTE: "ROZENBERG" and "BLOCKED" | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17 & 18) (FBI302_010-000001-4)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 135) |
| 23p | 2/27/2008 | $ 37,500.00 | EMN LLC | AmBvgInst sponsor- midwinter mtg; welc recept-cocktail party, full prembar, lite, MGD, fosters bottles, 2 serv, bart | 3/20/15 – Richard Berman 302 (FBI302_007-000009-10 & 30)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 136) |
| 23q | 2/28/2008 | $ 45,800.00 | EMN LLC | MUFSO- exhibit lounge area set up/tear down, furniture rental incl port bar, floral, carpet, 1 server, ice only (beer supplied) | 6/9/15 – Monique Levy 302 (FBI302_010-000006-7 & 9)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 &137) |
| 23r | 6/11/2008 | $ 46,300.00 | EMN LLC | AmBvgInst spons-event coord, banner signage, sampling w miller products, reception sponsorship | 3/20/15 – Richard Berman 302 (FBI302_007-000009-10 & 31)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 138) |
| 23s | 6/11/2008 | $ 45,000.00 | EMN LLC | SSP America-GM conf bronze; w product display and sampling | 7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 139) |
| 23t | 2/5/2009 | $ 45,800.00 | EMN LLC | MUFSO exh spons-booth rental, setup teardown, talent fee 3 days, open recep, sell sheet-printing-directions, handout | 6/9/15 – Monique Levy 302 (FBI302_010-000006-7 & 11)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 140) |
| 23u | 2/6/2009 | $ 48,620.00 | EMN LLC | COEX exh-event sponsor-booth rent std 10x10, displ booth w turn pkg, audio rental, setup teardown | 5/28/15 – Jennifer Tarulis 302s (FBI302_009-000016-17 & 19) (FBI302_010-000001-4)<br><br>7/9/15 – David Colletti 302 (FBI302_011-000011-13 & 141) |
| | | $ 2,022,989.00 | | | |