FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry       04/16/2015

RICHARD BERMAN, Owner and President, BERMAN & COMPANY, ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone number:
▮▮▮▮▮▮▮▮▮▮ was interviewed telephonically. After being advised of the
identity of the interviewing Agent and the purpose of the interview, BERMAN
provided the following information:

BERMAN confirmed that he had received and had an opportunity to
review invoices that had been forwarded by the interviewing Agent via
e-mail. BERMAN advised the invoices seemed to be for work or events that
did not actually occur. The invoice related to promotional events that were
listed as having been done for the benefit of the AMERICAN BEVERAGE
INSTITUTE (hereinafter ABI) by third party vendors, GOLDEN LOGISTICS; AVA
MARKETING & COMMUNICATION; BEVERAGE INDUSTRY MARKETING SERVICES; LONGHI
GOLF OPERATIONS and EVENTS MARKETING NETWORK, LLC (hereinafter EMN). The
invoices listing these events for ABI were submitted to and paid by MILLER
BREWING COMPANY (hereinafter MILLER) or MILLERCOORS. Copies of these
invoices are attached hereto and made part of this FD-302.

BERMAN & COMPANY is a public relations firm which manages a number of
not-for-profits to include the ABI. BERMAN started ABI as a trade
association approximately twenty years ago. ABI has had a relationship with
MILLER as a member supporter for approximately fifteen years. As a member
supporter of ABI, MILLER pays dues to ABI.

At certain events, like a golf tournament, a member of ABI could
sponsor the event over and above dues the member pays. Although a member
could host a dinner or sponsor a golf tournament, those types of events are
legitimate ABI events. Conversely, the events listed on the invoices BERMAN
reviewed do not seem to relate to any ABI events that actually occurred.

BERMAN advised that he was not familiar with a vendor named LONGHI
GOLF OPERATIONS. BERMAN advised there were no ABI golf tournaments in 2012
or 2013, in Jupiter or Palm Beach Gardens Florida; nor were there any ABI

| | | |
|---|---|---|
| Investigation on | 03/20/2015 at Chicago, Illinois, United States (Phone, Email) | |
| File # | 318A-CG-4668147 | Date drafted 03/31/2015 |
| by | SA Laura B. Miller | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

**GOVERNMENT
EXHIBIT
Group Ex. 1(a)**

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of Interview of Richard Berman , On 03/20/2015 , Page 2 of 2

golf tournaments that were hosted in December.

BERMAN was then asked about a 5/4/2010 invoice from AVA MARKETING & COMMUNICATIONS to MILLERCOORS, which listed a $67,490 charge and a description of work as, "ABI Program for the Strategic Development of the ABI 2010 Responsible Drinking Initiative." BERMAN advised this invoice was not legitimate nor did the other AVA invoices. BERMAN did not know the name DREW VALLOZZI, nor was he familiar with AVA MARKETING & COMMUNICATION.

BERMAN is familiar with ROD GROETZINGER. BERMAN advised that he is not surprised that GROETZINGER is involved in the conduct being investigated as it relates to DAVID COLLETTI. BERMAN advised he has known GROETZINGER for a number of years. BERMAN was asked about the BIMS and EMN invoices that were forwarded by the interviewing Agent. BERMAN does not believe that these events occurred. BERMAN does not remember GROETZINGER being involved in any recent training or promotions on behalf of MILLER.

BERMAN is not familiar with the vendor GOLDEN LOGISTICS or GOLDEN EVENTS & PROMOTIONS. BERMAN does not believe that GOLDEN LOGISTICS or GOLDEN EVENTS & PROMOTIONS has done any work for ABI. BERMAN was asked about an invoice from GOLDEN EVENTS & PROMOTIONS to MILLERCOORS for an ABI Mid-Winter Meeting that listed a date of 2/11-12/2010. The invoice listed a $10,000 sponsorship fee for an ABI Winter Meeting in Las Vegas. BERMAN does not believe that this invoice was legitimate.

BERMAN advised that TERRY ROBBINS, the former Controller for ABI, thoroughly reviewed ABI records for evidence of a number of ABI events that were listed on the invoices submitted to MILLERCOORS. ROBBINS checked ABI records to determine if the ABI event listed actually occurred or occurred on the dates that were listed on the invoices. BERMAN had no question that the information ROBBINS previously provided to MILLERCOORS internal investigators about the dates and details of ABI events was accurate.

FBI302_007-000010

 

**INVOICE**

| Date | Invoice # | Terms |
|------|-----------|-------|
| 05/13/03 | 3128 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Project: American Beverage Institute Training Program
Description: Development and research of systems and current process procedures pouring techniques
Services include: Bartender/waitstaff interviews, all copy, production and graphics

AMOUNT DUE: $36,200.

2ud ID#

Please remit payment to:
BIMS
4 Dunmore Court, Ste. 200
Hilton Head, SC 29926
Tax ID : 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

DOCUMENT # 2,9,0,0,0,3,2,9,3,1
VENDOR # 2,1,0,6,2,5

COMPANY CODE
☒ 1100  ☐ 4500  ☐ 7700  ☐ 8800  ☐ _____
0074 - 2004                    Doc I.D.  FY96

5000 117809          100 357797

CONFIDENTIAL

MillerCoors/Colletti_003147



FBI302_007-000016

# EVENTS
## MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

DOCUMENT # 6 0 0 0 9 3 1 4 5 2

VENDOR # 2 1 9 1 5 7

**COMPANY CODE**

☒ 2100  ☐ 4600  ☐ 7700  ☐ 6800  ☐ 5000

S9174 - 2007  ☐ _____  Unit I.D. BM30

RECEIVED

JUN 0 6 2006

NATIONAL ACCOUNTS

## INVOICE

Number 54328
Date: 6/13/2006
Quote: 574379

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO 100531355 | $53,500. |
| Account: American Beverage Institute (ABI) | |
| Services Include: Trade Show Sponsorship--opening reception including cocktail party and sponsorship fee | |

Total Due: $53,500.

WE APPRECIATE YOUR BUSINESS

David Colletti

PO# 100531355

I.O. # 222093  COST ELEMENT# 515200

TAX CODE # SPON  A8

DESCRIPTION Meeting Sponsorship Competition

APPROVAL

23a

CONFIDENTIAL

MillerCoors/Colletti_003354

FBI302_007-000028

*M* *Rozenberg*

5/6000
222/0 |



# EVENTS
**MARKETING NETWORK LLC**
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

## INVOICE

Number 63489
Date: 9/21/2007
Quote: 6532545

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100623303 | $46,830. |
| American Beverage Institute (ABI) Fall Meeting and Retailer Golf Tournament Sponsorship | |
| Services include: banner and signage development for display at each hole, product and sampling at each hole, display in hospitality tent featuring Miller products, Reception sponsorship | |

Total Due: $46,830.

WE APPRECIATE YOUR BUSINESS!

*David Collett*

DOCUMENT # 0 0 0 1 8 4 8 6 3 8
VENDOR # 2 1 9 1 5 7
☑ 0100   ☐ 4500   COMPANY CODE ☐ 7700   ☐ 8800   ☐ 8000
S0174 - 2008   ☐ _____   *Use* t.b. *BM3D*

CONFIDENTIAL   MillerCoors/Colletti_003389

*23n*



# EVENTS
## MARKETING NETWORK LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 72435
Date: 2/27/2008
Quote: 8624829

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

**PLEASE REMIT PAYMENT TO:**
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO# 100654706 | $37,500. |

American Beverage Institute (ABI)
Supporting Sponsor - Mid-Winter meeting
Services include: welcome reception/cocktail party, full premium bar.
Miller Lite/MGD/Foster's bottles, 2 servers/bartender

Total Due: $37,500.

### WE APPRECIATE YOUR BUSINESS!

Phil Blawat

DOCUMENT # 6 0 0 2 1 4 0 3 6 9
VENDOR # 2 1 9 1 5 7
COMPANY CODE
☑0169 ☐4500 ☐7700 ☐6800 ☐8000
00174-2009 ☐_____ USER ID BM30

CONFIDENTIAL

MillerCoors/Colletti_003392

23p

FBI302_007-000030



**MARKETING NETWORK LLC**
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7670
Fax: 843-342-7588

## INVOICE

Number: 73444
Date: 6/11/2008
Quote: 6625245

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100677459 | $45,300. |
| American Beverage Institute (ABI) Sponsorship/Event Coordination Services include: banner & signage development, product & sampling featuring Miller products, reception sponsorship | |

Total Due: $46,300.

WE APPRECIATE YOUR BUSINESS!

DOCUMENT # 6,0,2,3,8,4,0,2,0
VENDOR # 2,1,9,1,5,1
COMPANY CODE
□ 0100  □ 4500  □ 7700  □ 8800  □ 8000
601N - 2009  □ _____  User I.D. *32

CONFIDENTIAL          MillerCoors/Colletti_003394

23r

FD-302 (Rev. 5-8-10)

- 1 of 2 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/16/2015

         CARLOS CALDERON, Employment and Compensation Corporate Manager,
CANNERY RESORTS & CASINO, telephone number: ███████    e-mail address:
██████████████ CANNERY CASINO ███████████
█████████ was interviewed telephonically. After
being advised of the identity of the interviewing Agent and the purpose of
the interview, CALDERON provided the following information:

         CALDERON had previously been e-mailed from the interviewing Agent
copies of invoices that had been submitted to MILLERCOORS by companies
PRIME PROMOTIONS, INC. and BEVERAGE INDUSTRY MARKETING SERVICES (BIMS).
Listed on those invoices for location of the promotions were CANNERY
CASINOS, CANNERY RESORTS, and RAMPART CASINO. Copies of those invoices are
attached hereto and made part of this FD-302.

         CALDERON confirmed he had received the invoices and had an
opportunity to review them prior to the interview. CALDERON interviewed
employees of CANNERY CASINO regarding the promotions and events that were
listed on the invoices. CALDERON spoke to the former Director of Food and
Beverage for CANNERY CASINO, ROBERT CRANE. CRANE became Food and Beverage
Director at CANNERY CASINO on August 31, 2009, and remained in that
position until December 5, 2012. CRANE had no recollection of the events
listed on the invoices as ever having occurred. CALDERON also spoke to the
current Director of Food and Beverage for CANNERY CASINOS, STEVE URICCHIO.
URICCHIO became Food and Beverage Director when CRANE left the position in
2012. URICCHIO similarly had no recollection of any of the events listed on
the invoices ever having occurred; nor was he familiar with the vendors.
CALDERON advised that both CRANE and URICCHIO noted that the "pool parties"
listed on the invoices were odd as the Casino does not have a pool that
hosts these types of events.

         CALDERON also spoke to the General Manager of CANNERY CASINO, PATRICK

Investigation on   03/30/2015   at  Chicago, Illinois, United States (Phone, Email)

File #  318A-CG-4668147                                          Date drafted  03/31/2015

by  SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**GOVERNMENT EXHIBIT**

**Group Ex. 1(b)**

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Carlos Calderon, Cannery Resorts & Casino    , On   03/30/2015  , Page   2 of 2

HUGHES. HUGHES also reviewed the invoices that had been forwarded to
CALDERON. HUGHES noted that until early 2013, CANNERY CASINO was under
contract with ANHEISER BUSCH to carry BUDWEISER products. As a result,
CANNERY CASINO would never have done a promotion with MILLERCOORS anytime
prior to early 2013. Accordingly, the PRIME PROMOTIONS invoices dated
8/17/2010 and 8/29/2011 could not have occurred. CALDERON advised CANNERY
CASINO is now under contract with COORS; however, the casino has not had
any of the types of promotions that were listed on the invoices.

CALDERON also noted that the 8/29/2011 PRIME PROMOTIONS invoice
listed an event at RAMPART CASINO. CALDERON advised that RAMPART CASINO was
run by CANNERY RESORTS & CASINO until April 2012. CALDERON agreed to
contact the people who would be familiar with whether RAMPART hosted any
such event and provide that information to the interviewing Agent.

CALDERON noted that a number of the invoices listed CANNERY RESORTS &
CASINO as the location of the promotions and events. CALDERON advised that
this did not make sense as CANNERY RESORTS & CASINO is not a stand-alone
casino. Instead, it was the parent company to CANNERY CASINO and RAMPART
CASINO on the dates listed on the invoices.

CALDERON also reviewed the BIMS invoice that listed draft beer
training at CANNERY CASINO. CALDERON advised that there is no record of any
such draft beer training as is indicated on the invoice.



CO. CODE # 0100
986 . 251742
COST CENTER #
AC'T# 711000
TAX CODE A GEN A8
MFG COMM
PO # DD 968563

Jennifer Hansen 149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117
Phone: 704-664-2191
Fax: 704-664-3162
Tax ID: 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

## INVOICE

Date: September 4, 2012                    Invoice #: 007987

PO# 100968563

Prepared For: MILLERCOORS National Accounts

Job Title: Casino Draught Beer Training Program (Las Vegas, NV)

Description: Instructional training for wait staff and service persons on the proper way to handle, care and serve - draught beer.

Services Included: Defining the correct handling and care procedures at the back end of the draught beer system including, temperature, tavern head maintenance, line cleaning, system balance and proper storage techniques. Front of the bar wait staff and bartender training included; waste reduction, proper beer pouring techniques, faucet maintenance, glassware cleaning and educating the consumer on "Great Draught Beer".

Training included the following locations: Cannery Casinos, Rampart Resort & Casinos and Bill's Casino

DOCUMENT # 6 0 0 6 0 2 5 0 4 8

Completion Date: August 29, 2012        VENDOR #   2 2 5 9 4 4

COMPANY CODE
☒ 0100    ☐ 4500    ☐ 7700

Invoice Total: $28,730.00             88174 - 2012    ☐ _____   USER I.D. 6B35

Please contact us if you have any questions or, need further information.

CONFIDENTIAL              MillerCoors/Colletti_001080   

FD-302 (Rev. 5-8-10)

-1 of 2-

FEDERAL BUREAU OF INVESTIGATION



Date of entry    06/02/2015

JENNIFER TARULIS, Chief Financial Officer, INTERNATIONAL FOOD SERVICE
MANUFACTURER'S ASSOCIATION (IFMA), telephone number: ▮▮▮▮▮▮▮ e-mail
address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed telephonically. TARULIS,
who was aware of the identity of the interviewing Agent and the purpose of
the interview, provided the following information:

Prior to the onset of the interview, the interviewing Agent e-mailed
to TARULIS copies of invoices that had been submitted to MILLER BREWING
COMPANY (hereinafter MILLER), by EVENTS MARKETING NETWORK, LLC (EMN), and
EVENTS SERVICES, INC. (ESI). The invoices listed exhibit sponsorship
services that had allegedly been provided during the Chain Operators
Exchange (COEX), an event put on by the IFMA. Copies of these invoices are
attached hereto and made part of this FD-302.

TARULIS advised that after receiving the e-mail and invoices from the
interviewing Agent, TARULIS looked up in the IFMA records system the events
listed on the invoices. TARULIS advised there was no support or record of
this nature of sponsorship from MILLER on the dates listed or related to
the events that were listed on the invoices. TARULIS advised she was not
working at the IFMA as of the dates listed on the invoices; however,
TARULIS reviewed IFMA's records system which keeps records back to 2002.
TARULIS advised there was no record of MILLER having sponsored the events
that were indicated on the invoices, however there were records of other
sponsors, such as COKE, having provided sponsorship as far back as 2002.

TARULIS advised that in addition to the fact that the sponsorship
listed on the invoices was not supported by any IFMA records, the
additional descriptive information listed on the invoices also led TARULIS
to believe the invoices were not legitimate. TARULIS explained that the
invoices listed things such as booth rentals, booth set up and tear down,
furniture packages and other items that would never be used at a COEX
Event. TARULIS advised that booths and furniture are something you would

| | | |
|---|---|---|
| Investigation on | 05/28/2015 | at | Chicago, Illinois, United States (Phone, Email) |

File # 318A-CG-4668147                                      Date drafted    05/28/2015

by  SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

GOVERNMENT
EXHIBIT
Group Ex. 1(c)

FBI302_009-000016

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of Jennifer Tarulis, IFMA                                          , On  05/28/2015 , Page  2 of 2

see at the Restaurant Show, but are not the nature of the COEX events.
TARULIS explained that COEX puts on educational events where there is an
education presentation followed by a reception for attendees. Although they
will serve products at these receptions, there are no booths, and it is not
at all like a trade show where booths and furniture are used.

FBI302_009-000017

*Rosenberg*

MAR 6 · 2008



# EVENTS
## MARKETING NETWORK LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 72432
Date: 2/27/2008
Quote: 6624833

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100654706 | $48,620. |

Chain Operators Exchange (COEX)
Exhibit/Sponsorship
Services include: standard 10' x 10' display booth w/upgraded furniture package
2 temp hosts/hostesses, entertainment co-sponsor

Total Due: $48,620.

## WE APPRECIATE YOUR BUSINESS!

(Blauat) *Blocked*

DOCUMENT #: 6.0.0.2.1.4.0.3.6.5
VENDOR #: 2.1.9.1.5.7

☑ 0100  ☐ 4800  ☐ 7700  ☐ 8800  ☐ 8000
G0174 · 2008  ☐ _____  User I.D. *BM30*

CONFIDENTIAL

MillerCoors/Colletti_003390 23.

FBI302_009-000018



# EVENTS
## MARKETING NETWORK LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117
Phone: 843-384-7670
Fax: 843-342-7588

## INVOICE

Number: 73529
Date: 2/5/2009
Quote: 6632856

Bill To:
MillerCoors
Corporate Headquarters
3838 West High Life Place
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117

| Description | Net Cost |
|---|---|
| PO: 100723991 | $48,620. |

Chain Operators Exchange (COEX)
Exhibit and Event Sponsorship
Services include: Sponsorship support, booth space rental, standard 10' x 10', display booth with upgraded furniture package, carpeting, audio rental, set-up and teardown. (All electric and power needs included in the booth space rental).

FEB 11 AM 8:41

Total Due: $48,620.

WE APPRECIATE YOUR BUSINESS!

David Collett

DOCUMENT # 200 287 7870
VENDOR # 21 9157

COMPANY CODE
☒0100 ☐4500 ☐7700 ☐8800 ☐8000
S0174 - 2010 ☐ BM30
Unit I.D.

23V

CONFIDENTIAL                    MillerCoors/Colletti 003699



# EVENT SERVICES INC.
33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

**PLEASE REMIT TO:**
ACCORD P.O. Box 6704
FINANCIAL, INC. Greenville, SC 29606
1-800-231-2757

## INVOICE

Number 8265
Date: 2/28/2006
Quote: 61385

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

**PLEASE REMIT PAYMENT To:**
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
| --- | --- |
| PO: 100511332 | $47,600. |
| Chain Operators Exchange (COEX) | |
| Service Include: booth set-up/teardown, development and design of 4 page sell sheet, audio rental , servers (3 days) + opening day reception | |

**Total Due:** $47,600.

*THANK YOU FOR YOUR BUSINESS*
*Terms Net 30 days*

**NOTE:**
This Invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2757
immediately upon receipt of this Invoice.
ATTENTION: UCC-I ON FILE

DOCUMENT # 6,0,0,7,6,8,1,0,
VENDOR # 2,1,2,9,2,7,

COMPANY CODE
☑ 0100 ☐ 4500 ☐ 7700 ☐ 9800 ☐ 6000
S0114-2006 ☐ Unit ID: B/h 30

CONFIDENTIAL

MillerCoors/Colletti_002857



# Event Services Inc.

REC. 'D

SCRES 4:35 PAYABLE

Document # _____

Vendor # _____

COMPANY CODE

☐ 2700  ☐ 4300  ☐ 7700  ☐ 8000  ☐

32474-2001          Date Lit. BM30

**Bill To:** Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

Attn: Ms. MaryAnn Rodeman

**INVOICE**

Number: 4721-A
Date: 2/6/02

**PLEASE REMIT PAYMENT**
ESI
33 Office Park Road, A-106
Hilton Head, SC 29926
( ID #: 57-1094664)

| Description | Net Cost |
|---|---|
| For services in connection with the COEX (Chain Operators Exchange) Show Feb. 22 thru Feb. 25, 2002 Includes: | $47,317. |
| • Sell sheet handouts | |
| • Talent fees (MBCo: servers) | |
| • Reception sponsorship and execution (food and beverage service) | |

Total: $47,317.

100290020

THANK YOU FOR YOUR BUSINESS!

5000089084

33 Office Park Rd., A-106 • Hilton Head, SC 29928

CONFIDENTIAL

MillerCoors/Colletti_002779

944



RECEIVED

2001 JUL 11  PM 3: 02

CORPS. ACCTS. PAYABLE

## INVOICE

Number: 4763
Date: 7/11/01

Bill To:  Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

**PLEASE REMIT PAYMENT TO:**
RAVE MEDIA
33 Office Park Road, A-106
Hilton Head, SC 29928

Attn: Mr. David Colletti

### Description

Services in connection with COEX 2001
Includes: trade show materials and pos items

### Net Cost

$23,835.

THANK YOU FOR YOUR BUSINESS!
Tax ID Number: 57-1094664

PO 100242244
222097
870200

5000074624

845-842-7729 • 33 Office Park Road • A 106 • Hilton Head Island • South Carolina 29928

CONFIDENTIAL

MillerCoors/Colletti_002772

FBI302_009-000022

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____06/15/2015

    On May 28, 2015, Special Agent (SA) LAURA B. MILLER received an e-mail correspondence from JENNIFER TARULIS, IFMA, telephone number: ████████████ e-mail address: ██████████████████

    In the text of the e-mail, TARULIS confirmed that she had received and reviewed invoices that had been forwarded by the interviewing Agent. TARULIS stated, "The descriptive information of display booth and tradeshow materials are not related to the nature of events or conferences IFMA organizes - currently or in the past. Although these invoices are very old, if we had sponsorship receipts or commitments from a member the support would be documented in our member management system. The system was searched no support was noted for MILLERCOORS. However other longstanding engaged members displayed support going back to 2002. Attached are screen shots of both the list of company contacts and dues receipts for MILLERCOORS. As you will note the company was a "dues paying" member from 1998-2013."

    Attached to the e-mail from TARULIS was a screen shot from IFMA's Customer List referencing MILLERCOORS. Copies of the aforementioned e-mail correspondence and screen shot are attached hereto and made part of this FD-302.

---

Investigation on  05/28/2015  at  Chicago, Illinois, United States (Email)

File #  318A-CG-4668147                Date drafted  06/12/2015

by  SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

## Miller, Laura B. (CG) (FBI)

| | |
|---|---|
| **From:** | Jennifer Tarulis |
| **Sent:** | Thursday, May 28, 2015 10:12 AM |
| **To:** | Miller, Laura B. (CG) (FBI) |
| **Subject:** | RE: Request for Information |
| **Attachments:** | MillerCoors iMIS Histroy.docx |

Laura –

The invoices have been reviewed.

The descriptive information of display booth and tradeshow materials are not related to the nature of events or conferences IFMA organizes – currently or in the past.

Although these invoices are very old, if we had sponsorship receipts or commitments from a member the support would be documented in our member management system. The system was searched no support was noted from MillerCoors. However other long standing engaged members display support going back to 2002.

Attached are screen shots of both the list of company contacts and dues receipts for MillerCoors. As you will note the Company was a "dues paying" member from 1998 – 2013.

I will also call to review this information.

Best – J

**Jennifer Tarulis**
**IFMA**

**From:** Miller, Laura B. (CG) (FBI)
**Sent:** Thursday, May 28, 2015 9:26 AM
**To:** Jennifer Tarulis
**Subject:** RE: Request for Information

Hi Jennifer,

Sorry to bother you with yet another request to review invoices listing services which were claimed to be provided at COEX events, but I have some additional invoices that I was hoping you could review. I have attached them to this e-mail. I know they may pre-date your employment with IFMA, but I was hoping you could review records or talk others at IFMA to determine if the events listed on the invoices took place and/or if the entities listed provided any services.

Please give me a call at the number below once you have had an opportunity to review the invoices.

Thanks so much,

Laura B. Miller
Special Agent



**From:** Miller, Laura B. (CG) (FBI)
**Sent:** Wednesday, March 18, 2015 3:06 PM

1

**To:** ███████████

**Subject:** Request for Information

Jennifer,

As we discussed on the phone earlier today, the Federal Bureau of Investigation (FBI) Chicago Division is requesting your assistance with an ongoing criminal investigation. To that end, I have attached an invoices that were submitted to MillerCoors related to promotions, events and training that allegedly were held for the benefit or at the request of the International Food Manufacturers Association (IFMA) and the for the COEX event. Once you have had a chance to review the invoices, could you please give me a call.

Thanks,

Laura B. Miller
Special Agent
███████████████

2



FBI302_010-000004



FBI302_010-000005

FD-302 (Rev. 5-8-10)

- 1 of 2 -

 **OFFICIAL RECORD**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/15/2015

MONIQUE M. LEVY, formerly known as MONIQUE MONACO, Group Show
Director, Restaurant Group and Special Events, PENTON, telephone number:
████████████ e-mail address: ████████████████████ was interviewed
telephonically. After being advised of the identity of the interviewing
Agent and the purpose of the interview, LEVY provided the following
information:

LEVY advised that she has been responsible for planning the
Multi-Unit Food Service Operators (MUFSO) yearly event, which she described
as an annual conference, for the past eighteen years. LEVY is currently
employed by PENTON, a company that purchased NATIONS RESTAURANT NEWS in
2010. As part of the purchase by PENTON, the MUFSO event, which was
operated by NATIONS RESTAURANT NEWS, was taken over by PENTON. LEVY planned
the MUFSO yearly event both for NATIONS RESTAURANT NEWS and for PENTON.
LEVY advised that the yearly MUFSO event usually occurs in September or
early October.

Prior to the onset of the interview, Special Agent (SA) MILLER
forwarded to JULIE SMITH, Vice President, Assistant General Counsel and
Lead Privacy Counsel of PENTON, copies of invoices that had been submitted
to MILLERCOORS by EVENTS MARKETING NETWORK, LLC and LONGHI GOLF OPERATIONS,
INC. The invoices listed services provided in relation to MUFSO. LEVY
confirmed that she had received the invoices from SMITH and had an
opportunity to review those invoices prior to the onset of the interview.
Copies of both the invoices forwarded to SMITH and the e-mail
correspondence SMITH sent to SA MILLER are attached hereto and made part of
this FD-302.

LEVY advised that MUFSO events were never held in any of the
locations or on the dates listed on the EVENTS MARKETING NETWORK, LLC or
LONGHI GOLF OPERATIONS, INC. invoices. LEVY advised that the invoices were
completely fake and listed services that were never provided. LEVY advised

| Investigation on | 06/09/2015 | at | Chicago, Illinois, United States (Phone, Email) |
|---|---|---|---|

File #  318A-CG-4668147                                    Date drafted  06/12/2015

by  SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

**GOVERNMENT
EXHIBIT**

**Group Ex. 1(d)**

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of Monique Levy, Penton                        , On  06/09/2015  , Page  2 of 2

the MUFSO yearly event was almost always held in Dallas or Los Angeles. One year MUFSO was held in Chicago, Illinois and a few times it was held in Orlando, Florida. The MUFSO yearly event was never held in Jupiter, Florida, or Palm Beach Gardens, Florida. LEVY advised there had been no golf outings held in conjunction to the MUFSO event since 2004 or 2005. The golf events prior to that time were always held on the Sunday before the conference and were held in the city where the conference was being held, not Jupiter or Palm Beach Gardens.

LEVY advised that prior to 2004 or 2005 when they held a golf tournament affiliated with MUFSO, LEVY would handle all logistics related to the tournament. LEVY explained that this meant that MUFSO contracted with the venue and MUFSO owned and ran the golf event. LEVY advised that someone might sponsor a hole at the golf event, but none of the green or cart fees or other charges listed on the LONGHI GOLF OPERATIONS, INC. invoices were legitimate. Additionally, MILLER and MILLERCOORS never sponsored a hole at the golf events.

LEVY advised that in the eighteen years that LEVY has been responsible for planning the MUFSO annual conference, neither MILLER nor MILLERCOORS has never sponsored anything for MUFSO.

LEVY advised that the EVENTS MARKETING NETWORK, LLC invoices invoices were similarly not valid. As in the initial matter, the timing listed on the invoices did not relate to any MUFSO event. Additionally, the types of services listed were not legitimate. For example, the "exhibit lounge set-up/teardown" and "Booth set-up & teardown" listed under "Description" on the EVENTS MARKETING NETWORK, LLC invoices were not services provided at the MUFSO annual conference. LEVY explained that MUFSO would get any furniture needed for an event through the vendors they regularly used, GEF or FREEMAN. LEVY advised that the description of services provided by EVENTS MARKETING NETWORK, LLC were not legitimate.

LEVY explained that MUFSO never worked with either EVENTS MARKETING NETWORK, LLC or LONGHI GOLF OPERATIONS, INC. as vendors for MUFSO, nor did they work with MILLER or MILLERCOORS on any of the MUFSO events.



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

*11 AUG AM 9:18*

## *INVOICE*

*Number 544627*
*Date: 7/21/2006*
*Quote: 575421*

*Bill To:*
*Miller Brewing Company*
*3939 W. Highland Blvd.*
*Milwaukee, WI 53201*
*Attn: Corporate Accounts Payable*

*PLEASE REMIT PAYMENT To:*
*Events Marketing Network LLC*
*95 Matthews Drive, Ste. E7, Unit 133*
*Hilton Head, SC 29926*
*Phone: 843-384-7570*

| *Description* | *Net Cost* |
|---|---|
| PO 100540748 | $46,500. |

*Account: Multi-foodservice Operators (MUFSO) mid-year conference*
*Services Include: Reception sponsorship and execution, product display, sampling and*
*servers*

*Total Due:*    $46,500.

*WE APPRECIATE YOUR BUSINESS*

*8/10/06*

David Colletti

*1 AUG AM 9:01*

DOCUMENT # 6,0,0,1,4,8,6,8,4
VENDOR # 2,1,9,1,5,7

COMPANY CODE
☑ 6100   ☐ 4600   ☐ 7700   ☐ 6800   ☐ 8000
S0174 - 2007   ☐ _____   USER I.D. *BMD*

CONFIDENTIAL

MillerCoors/Colletti_003358



**EVENTS**
**MARKETING NETWORK LLC**
301 Central Avenue, Ste. 244
Hilton Head, SC 29928
Phone: 843-384-7570
Fax: 843-342-7588

MAR 6 - 2008

## INVOICE

Number: 72436
Date: 2/28/2008
Quote: 6624840

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100654706 | $45,800. |

Multi-Unit Foodservice Operators (MUFSO)
Presenting Sponsor
Services include: Exhibit lounge are set-up/teardown – furniture rental includes
Portable bar/floral/carpet. 1 host server, ice only (beer supplied)

Total Due: $45,800.

WE APPRECIATE YOUR BUSINESS!

(Blank)

*Blocked*

DOCUMENT # 6 0 0 2 1 4 0 3 6 7
VENDOR # 2 1 9 1 5 7
COMPANY CODE
☐ 0100 ☐ 4500 ☐ 7700 ☐ 6800 ☐ 8000
50174 - 2008 ☐ _____ User I.D. 6m30

CONFIDENTIAL

MillerCoors/Colletti_003393
23a

FBI302_010-000009



**MARKETING NETWORK LLC**
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

OCT 1 0 2007

## INVOICE

Number 63483
Date: 9/20/2007
Quote: 6532628

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100623303 | $48,000. |
| Multi-Unit Foodservice Operators (MUFSO) Conference | |
| Services Include: Booth set-up & teardown, audio rental at booth, talent fee (4 days), | |
| Sell sheet development – (2 sided) as handout | |

Total Due: $48,000.

### WE APPRECIATE YOUR BUSINESS!

M. Rozenberg

David Colletti

DOCUMENT #

VENDOR #

COMPANY CODE

☒ 0100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 8000

☐ 90174 - 2008  ☐

CONFIDENTIAL        MillerCoors/Colletti_003386

23 m



**EVENTS**
**MARKETING NETWORK LLC**
516-D River Highway, Ste. 182
Mooresville, NC 28117
Phone: 843-384-7670
Fax: 843-342-7588

## INVOICE

Number: 73523
Date: 2/5/2009
Quote: 6632655

Bill To:
MillerCoors
Corporate Headquarters
3838 West High Life Place
Milwaukee, WI 53208

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117

| Description | Net Cost |
|---|---|
| PO: 100723991 | $45,800. |

Multi-Unit Foodservice Operators (MUFSO)
Exhibit Sponsorship
Services include: Booth rental, set-up/teardown, talent fee (est. 3 days) opening reception to include cocktail party (included in sponsorship fee). Sell sheet development and printing for directional attendee handout.

FEB 11 AM 8:01

Total Due: $45,800.

## WE APPRECIATE YOUR BUSINESS!

David Colletti

DOCUMENT # 600 289 787 2
VENDOR # 219 157

COMPANY CODE
☒ 0100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 6000
**BM30**
S0174 - 2010  ☐ _____  USER I.D. _____

236

CONFIDENTIAL                    MillerCoors/Colletti_003397

FBI302_010-000011

FD-302 (Rev. 5-8-10)

-1 of 2-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____03/08/2016_____

BRIAN MASILIONIS, GLAZERS DISTRIBUTORS, ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ was interviewed telephonically.
After being advised of the identity of the interviewing Agent and the
purpose of the interview, MASILIONIS provided the following information:

MASILIONIS worked for APPLEBEE'S from 2004 to 2013. When MASILIONIS started
at APPLEBEE'S in 2004 until 2005, he worked on APPLEBEE'S marketing
strategy. Starting in 2005, MASILIONIS started working with APPLEBEE'S
beverage business. When MASILIONIS left APPLEBEE'S in 2013, he was the
Senior Manager of Beverage and Late Night for APPLEBEE'S.

Prior to the onset of the interview, a number of invoices were forwarded to
MASILIONIS for his review. These invoices listed promotions by: AVA
ADVERTISING, INC. (hereinafter AVA ADVERTISING); BEVERAGE INDUSTRY
MARKETING SERVICES (hereinafter BIMS); and RAVE MEDIA MARKETING SOLUTION
(hereinafter RAVE).

MASILIONIS advised that if there was a national program at APPLEBEE'S
involving MILLER BREWING COMPANY or MILLERCOORS, MASILIONIS would have
known about it. MASILIONIS advised that for any national promotion that
dealt with APPLEBEE'S Corporate, the person running the promotion would
work with MASILIONIS. MASILIONIS advised that if a promotion related to a
specific APPLEBEE'S franchise, meaning not a national promotion, the
franchise would be identified on the invoice for the promotion.

MASILIONIS is not familiar with any of the promotions listed on the
invoices provided by the interviewing Agent. MASILIONIS has never heard the
name AVA ADVERTISING, and has no recollection of AVA ADVERTISING ever doing
any work for APPLEBEE'S. MASILIONIS has never heard of DREW VALLOZZI and is
not familiar with VALLOZZI doing any work for APPLEBEE'S. MASILIONIS
recalls meeting DAVID COLLETTI once, but MASILIONIS' contact at MILLERCOORS
for marketing and promotions was STEVE MULLER. MASILIONIS feels like he has
heard the name ALLYSON FISHER, but MASILIONIS could not recall specifically
dealing with FISHER.

MASILIONIS was asked about an invoice dated March 12, 2007 from AVA
ADVERTISING for $45,070.00 listing a description of "Miller Applebee's

Investigation on ___02/25/2016___ at __Chicago, Illinois, United States (Phone, Email)__

File # __318A-CG-4668147__                                    Date drafted __03/03/2016__

by __SA Laura B. Miller__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its cont
to be distributed outside your agency.

**GOVERNMENT
EXHIBIT**
**Group Ex. 1(e)**

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of Brian Masilionis                    , On  02/25/2016 , Page  2 of 2

Trivia Booklet "Winning Combos."" MASILIONIS did not specifically recall a
promotion related to trivia books. MASILIONIS advised that at the national
level, APPLEBEE'S uses a printer called Tre Bon. MASILIONIS advised that if
an entity like MILLERCOORS created a program or promotion, it is possible
they used their own printer.

MASILIONIS was then asked about an invoice dated October 24, 2006, from AVA
ADVERTISING to MILLERCOORS, in the amount of $31,600 listing "APPLEBEE'S
Holiday Programs." MASILIONIS did not recall ever doing a holiday program
with a beer partner other than HEINEKEN. MASILIONIS explained that HEINEKEN
had a green and red bottle so a holiday program for HEINEKEN made sense.
MASILIONIS does not recall MILLER ever doing a holiday program for
APPLEBEE'S.

MASILIONIS has never heard of BIMS, RAVE MEDIA or ROD GROETZINGER.
MASILIONIS did not recall BIMS or RAVE doing any work for APPLEBEE'S.

MASILIONIS was directed to a $62,820 invoice dated June 30, 2005 from BIMS
to MILLER BREWING COMPANY listing a training program and sponsorship for
APPLEBEE'S. MASILIONIS had no knowledge of the services listed on this
invoice. MASILIONIS did not recall MILLER ever sponsoring a team building
event for APPLEBEE'S. MASILIONIS advised he would have been involved in
something like a team building event for APPLEBEE'S sponsored by MILLER,
and he does not recall such an event ever occurring.

MASILIONIS was directed to an invoice from RAVE MEDIA to MILLER BREWING in
the amount of $36,000, dated February 3, 2006, listing "APPLEBEE'S Training
Guide-National Accounts." MASILIONIS advised he does not recall MILLER or
MILLERCOORS sponsoring a training guide for APPLEBEE'S. MASILIONIS did not
remember "anything like this."

MASILIONIS advised that the two remaining RAVE MEDIA invoices dated
9/08/2000 and 5/14/2001, pre-dated his employment with APPLEBEE'S so he
could not speak to the legitimacy of the invoices.

Copies of the invoices forwarded to MASILIONIS prior to the onset of the
interview are attached hereto and made part of this FD-302.

**RAVEMEDIA**
marketing solutions

33 Office Park Road,
A-106
Hilton Head SC 29928

843.342.7729 main
843.342.7588 fax

website
ravemediamarketing.com

## INVOICE

Invoice #: 8253
Date: 2/3/2006
Quote #:77152

Bill To: The Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Accounts Payable

Project Description
PO #:J00510197
Applebee's Training Guide - National Accounts
Research outline, write copy, design graphics with 4/color photos, layout and
production. Includes all revisions and printing

TOTAL: $36,000.

Please remit payment to:
Rave Media
c/o Accord Financial, Inc.
PO Box 6704
Greenville, SC 29606

100510197

David Colletti

### THANK YOU FOR YOUR BUSINESS!

Note
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2757
immediately upon receipt of this invoice.
ATTENTION: UDC-1 ON FILE

MAR 0 2 2006

DOCUMENT # 6 0 0 0 7 3 3 2 2 9
VENDOR # 2 1 2 9 2 7
COMPANY CODE
☐1700  ☐4500  ☐7700  ☐6900  ☐8000
5074-2006  ☐_____  User I.D. BM30

CONFIDENTIAL

MillerCoors/Colletti_002840

FBI302_014-000009

FD-302 (Rev. 5-8-10)

- 1 of 1 -


**OFFICIAL RECORD**

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/03/2017

On March 28, 2017, Special Agent (SA) LAURA B. MILLER received a reply e-mail correspondence from BRIAN ESSER, Corporate Counsel/Senior Director of Risk , RUBY TUESDAY, INC, telephone number: ▮▮▮▮▮▮▮ e-mail address: ▮▮▮▮▮▮▮▮▮▮▮

SA MILLER had previously forwarded to JAMES VITRANO of RUBY TUESDAY for his review an August 18, 2006 invoice from AVA ADVERTISING to MILLER BREWING COMPANY (hereinafter MILLER) in the amount of $50,000.00 listing a description of "Miller-Ruby Tuesday Menu Support" and "Consultation for Layout, Copy and Supervision." Also provided to VITRANO for his review were two additional invoices listing marketing and promotional events for RUBY TUESDAY. Specifically an $18,100 invoice dated 07/08/2004 from BEVERAGE INDUSTRY MARKETING SERVICES to MILLER and a $40,000 invoice dated 09/06/2006 from EVENTS MARKETING NETWORK, LLC to MILLER.

In the text of ESSER's March 28, 2017 reply e-mail ESSER stated, "after investigating back in 2016 we found no legitimacy to the invoices. Furthermore we could find no traces on the amounts being debited from our accounts."

Copies of the aforementioned e-mail correspondence and invoices that ESSER reviewed are attached hereto and made part of this FD-302.

---

Investigation on   03/28    at   Chicago, Illinois, United States (Email)
      72017

File #   318A-CG-4668147                 Date drafted   04/03/2017

by   SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its conten to be distributed outside your agency.

**GOVERNMENT EXHIBIT**
**Group Ex. 1(f)**

## Miller, Laura B. (CG) (FBI)

**From:** Brian Esser
**Sent:** Tuesday, March 28, 2017 8:16 AM
**To:** Miller, Laura B. (CG) (FBI)
**Subject:** RE: MillerCoors FBI matter (Attorney work product privileged and confidential)

Hello Laura, after investigating back in 2016 we found no legitimacy to the invoice. Furthermore we could find no traces on the amounts being debited from our accounts. Thanks.

**Brian P. Esser, Esq**
Corporate Counsel/Senior Director of Risk
RubyTuesday, Inc.

**From:** Miller, Laura B. (CG) (FBI)
**Sent:** Thursday, March 23, 2017 2:35 PM
**To:** Brian Esser
**Subject:** RE: MillerCoors FBI matter (Attorney work product privileged and confidential)

Brian,

I know it has been quite some time since our last e-mail exchange, but I was wondering if you were ever able to identify anyone from Ruby Tuesday's with information about the invoice we previously forwarded to James Vitrano. We are scheduled for a trial date in late May 2017, and would like to identify anyone at Ruby Tuesday's with information about the legitimacy of the invoice, or lack thereof, in advance of the trail.

Thank you,

Laura B. Miller
Special Agent



**From:** Brian Esser
**Sent:** Friday, May 27, 2016 9:18 AM
**To:** Miller, Laura B. (CG) (FBI)
**Cc:** James Vitrano
**Subject:** MillerCoors FBI matter (Attorney work product privileged and confidential)

Hello Laura,

My name is Brian Esser and I wanted to reach out to you regarding MillerCoors matter you have asked Ruby Tuesday to look into. James Vitrano who you previously contacted has asked me to assist you.

1

FBI302_018-000017

I have reviewed the questioned invoices you passed along, to this point no information has been found related to these invoices. The questioned invoices span from 04-06 so the data is bit hard to locate and mine through in our records. I plan to get some employee records to see if we can track down the possible Ruby's employee who may or may not have approved these invoices. I will keep you updated and communicate when I have something more concrete. Until then if you need anything else from us be sure to let us know.

Thanks for your time.

Brian P. Esser, Esq
RubyTuesday, Inc.
<span style="background:black">████████████</span>

2

FBI302_018-000018



95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

## INVOICE

Number 544710
Date: 9/6/2006
Quote: 575521

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO 100548521 | $40,000. |
| Account: Ruby Tuesdays Restaurant Chain – General Managers Conference | |
| Services Include: Bronze level reception sponsorship, product display, sampling and servers | |

Total Due: $40,000.

WE APPRECIATE YOUR BUSINESS!

27 SEP AM 9:06

David Colletti

Posted 9-21-06

DOCUMENT # 6.0.0.1.1.1.7.7.0.7
VENDOR # 2.1.9.1.1.5.7
☒ 0:00  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 8000
90174 - 2007  ☐ _____  USER I.D. BM30

CONFIDENTIAL

MillerCoors/Colletti_0033647 3d

FD-302 (Rev. 5-8-10)

- 1 of 6 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     07/16/2015

DAVID COLLETTI, Date of Birth (DOB):  ▮▮▮▮▮▮▮▮, Social
Security Account Number (SSAN): ▮▮▮▮▮▮  home address: ▮▮▮▮▮
▮▮▮▮▮▮, was interviewed at the Office of his
Attorneys GENE MURPHY and RANDALL BOREK, MURPHY & HOURIHANE, LLC, 161 North
Clark Street, Suite 2550, Chicago, Illinois, telephone number:
(312)202-3200. COLLETTI, who was already aware of the identity of the
interviewing Agent and the purpose of the interview, provided the following
information:

Prior to the onset of the interview, the interviewing Agent e-mailed
to GENE MURPHY copies of numerous invoices that had been submitted to
MILLER BREWING COMPANY (hereinafter MILLER) or MILLERCOORS by various third
party vendors to include: AVA ADVERTISING, INC. (hereinafter AVA
ADVERTISING); AVA MARKETING & COMMUNICATIONS, LLC (hereinafter AVA);
F&B MARKETING PROMOTIONS & INCENTIVES, LLC (hereinafter F&B); BEVERAGE INDUSTRY
MARKETING SERVICES, LLC (hereinafter BIMS LLC); LONGHI GOLF OPERATIONS and
LONGHI GOLF OPERATIONS, INC. (hereinafter LGO); BEVERAGE INDUSTRY MARKETING
SERVICES (BIMS); RAVE MEDIA & EVENT SERVICES, INC. (hereinafter
collectively referred to as RAVE); EVENTS MARKETING NETWORK, LLC
(hereinafter EMN); and RARE BEVERAGE CONCEPTS (hereinafter RARE). The
invoices listed various marketing, promotions or services allegedly
provided to MILLER or MILLERCOORS by the referenced third party vendors.
Copies of these invoices have been attached hereto and made part of this
FD-302. COLLETTI was asked to review the attached invoices in order to
determine if the invoices related to work that had been done by the third
party vendors for MILLER or MILLERCOORS. COLLETTI provided the following
information regarding those invoices:

**AVA ADVERTISING, INC.**

Of the twenty-two AVA ADVERTISING invoices shown to COLLETTI,
COLLETTI identified two invoices that he believed could be legitimate. The

Investigation on   07/09/2015   at   Chicago, Illinois, United States (In Person)

File #   318A-CG-4668147                                      Date drafted   07/13/2015

by   SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

**GOVERNMENT EXHIBIT**
**Group Ex. 1(g)**

FBI302_011-000008

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of David Colletti                    , On  07/09/2015 , Page  2 of 6

first was an invoice from AVA ADVERTISING to MILLER dated March 12, 2007, titled "MILLER APPLEBEE'S Trivia Booklet Winning Combos" for a total amount of $45,070. COLLETTI believes that based on the fact that the charges were split out between "Applebee's Creative", "Applebee's Trivia Books" and "FedEx Shipping Charges." COLLETTI advised that this appeared to him to be an invoice for work legitimately done by AVA ADVERTISING for MILLER.

The second invoice that COLLETTI believed was legitimate was an invoice dated February 13, 2008, to MILLER from AVA ADVERTISING, which included a total amount of $96,300. The invoice was split into three separate charges; $40,600 for "Created Hosts Services Menu-Graphic Design"; $31,200 for "Milwaukee Airport Concepts Theme Bar Creative"; and $24,500 for "Update Alcohol Awareness." COLLETTI advised that even though the timing of this invoice is the same as the invoices used to pay debts related to the CLARKE HOTEL, of which both COLLETTI and ANDREW VALLOZI were both owners, COLLETTI seemed to think this was a legitimate invoice for work done to get MILLER products back into the MILWAUKEE AIRPORT. COLLETTI explained that MILLER had a contract with HMS HOST for airport concessions for a period, and then three years later the contract went to ANHEUSER BUSCH for BUDWEISER products. HMS HOST was going to lose half of the MILWAUKEE AIRPORT to another airport concession company called CREATIVE HOST, which later became SSP AMERICA. As a result, MILLER had the opportunity to get back into the MILWAUKEE AIRPORT through CREATIVE HOST. COLLETTI believes that this AVA ADVERTISING invoice related to that effort.

COLLETTI also believes some of the earlier AVA ADVERTISING invoices from 2005 were for legitimate work done for MILLER; however, he was not certain of specifics.

## AVA MARKETING & COMMUNICATIONS, LLC (AVA)

Of the eight AVA invoices shown to COLLETTI, COLLETTI identified two that he believed were legitimate invoices. COLLETTI identified a June 22, 2009 invoice which was for $56,300 and was titled "2009 SSP AMERICA Menu Mandates" and a December 28, 2009 invoice for $45,000, titled "SSP AMERICA." COLLETTI advised that MILLERCOORS paid SSP AMERICA for menu inclusion. COLLETTI was not sure if MILLERCOORS used AVA in order to pay SSP AMERICA for the menu inclusion, but COLLETTI was certain around this time MILLERCOORS paid SSP AMERICA for menu inclusion.

COLLETTI advised that all the other invoices contained in the AVA invoices shown to him by the interviewing Agent did not seem to be for legitimate charges.

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of David Colletti _____ , On 07/09/2015 , Page 3 of 6

## F&B MARKETING PROMOTIONS & INCENTIVES

COLLETTI felt like F&B was doing some promotional work for MILLER and MILLERCOORS during the time period covered by these invoices. COLLETTI advised the promotional work included things such as banners and pamphlets, which that were handed out at the flea market, that contained MILLER brand names. However, COLLETTI advised that the invoices from F&B were also being submitted in order to pay for hunting trips taken by COLLETTI and FRANK BUONAURO and guns COLLETTI purchased from BUONAURO. COLLETTI advised that the F&B invoices were for a combination of both the legitimate promotions as well as the hunting trips and guns. COLLETTI advised there was no real delineation as to what money went to marketing and promotions, and what money went to fund hunting trips and guns. COLLETTI advised that a majority of the money went to guns and hunting trips, but some legitimate work was done by F&B. For either purpose, COLLETTI confirmed that the descriptions listed on the invoices did not accurately describe work being done by F&B on behalf of MILLER or MILLERCOORS.

## LONGHI GOLF OPERATIONS (LGO)

COLLETTI advised that of all the third party vendors that were involved in the submission of fraudulent invoices, the invoices from LGO contained the most legitimate charges. COLLETTI advised that more than half or a majority of money realized from the invoices submitted to MILLER and MILLERCOORS by LGO was for golf outings that actually occurred. COLLETTI advised that although work was actually done in relation to these invoices, the timing and description on the invoices submitted to MILLER and MILLERCOORS did not accurately reflect what was being done. COLLETTI confirmed that the descriptions on most of the invoices submitted to MILLER and MILLERCOORS were not legitimate. COLLETTI advised the descriptions contained on the LGO invoices were written in order just to get an invoice "through and paid" versus containing a legitimate description of the work being done.

COLLETTI advised that the LGO account where money from MILLER and MILLERCOORS was deposited was basically a "slush fund". COLLETTI advised that the idea was to have money in the LGO account so when the time occurred when they could do a golf outing, there was money available for use. COLLETTI advised that for the most part, all of the invoices submitted to MILLER and MILLERCOORS, although not containing a legitimate description, funded actual golf trips.

The later invoices, which were submitted around the time COLLETTI was getting into more financial trouble related to the CLARKE HOTEL, fewer

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of __Interview of David Colletti_____ , On __07/09/2015__ , Page __4 of 6__

legitimate golf outings were being held. COLLETTI was having TOM LONGHI
transfer money from the LGO bank account to an account titled DPT, from
which COLLETTI could take the funds. As a result, there were more invoices
being submitted to MILLERCOORS that were not legitimate and were not
related to any type of golf event.

## BIMS LLC

COLLETTI advised that the six BIMS LLC invoices that were included in
the invoices provided by the interviewing Agent were all fraudulent
invoices. COLLETTI referenced the dates on the invoices between 2009 and
2013, as a time when COLLETTI needed the money and this entity was created
for that purpose. As a result, none of the work listed on the invoices was
actually done and the invoices were not legitimate.

## BIMS

COLLETTI believed that some of the earlier BIMS invoices from 2003 to
2005 were likely legitimate. COLLETTI noted the invoices from 2006 "jumped"
up in dollar amounts. COLLETTI believed that in 2007, ROD GROETZINGER, who
ran BIMS, filed for bankruptcy. COLLETTI advised that as GROETZINGER got
into financial trouble around this time, the invoices may not have been
legitimate. COLLETTI advised that the invoices started out as "advances,"
meaning they would "book" or invoice for something now and perform the work
at a later time. COLLETTI confirmed that these invoices would not have
contained legitimate descriptions, but actual work may have been done at a
later time by BIMS for MILLER or MILLERCOORS.

COLLETTI advised that a June 30, 2005 invoice in the amount of
$62,828, which related to a training program and sponsorship for APPLEBEE'S
may have been legitimate; but he was not certain. COLLETTI referenced the
payment by MILLER for a "team building event" as something COLLETTI would
pay for through BIMS if MILLER could not pay the amount directly to
APPLEBEE'S.

## RAVE MEDIA & EVENT SERVICES, INC.(RAVE)

After reviewing the RAVE invoices, COLLETTI explained that often
MILLER and MILLERCOORS would use GROETZINGER to pay people that MILLER or
MILLERCOORS could not pay directly. COLLETTI gave an example of HOOTER'S as
someone GROETZINGER would pay that MILLER could not pay directly to carry
MILLER products. COLLETTI advised that the RAVE invoices would not show
that a retail establishment or outlet was being paid money to carry MILLER
products. Nonetheless, COLLETTI advised this was occurring. COLLETTI
explained that BOB BROOKS, who ran HOOTER'S, told COLLETTI that it was
going to cost MILLER a certain amount to get a beer tap in HOOTER'S.

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of David Colletti                        , On  07/09/2015  , Page  5 of 6

COLLETTI used GROETZINGER to pay the money to BROOKS. COLLETTI advised that for certain restaurants or airport outlets, COLLETTI would be told that if MILLER wanted to sell beer in the establishments, MILLER would have to pay a certain amount of money to have MILLER products sold. Although COLLETTI confirmed that it was a type of "kickback," COLLETTI advised that no one would ever call it a kickback. Because MILLER could not pay an establishment to carry its product, COLLETTI would go through GROETZINGER to make the payment to HOOTER'S or other retail outlets. COLLETTI confirmed that people at MILLER and MILLERCOORS were aware of the payments being made on MILLER's behalf through GROETZINGER.

COLLETTI confirmed that two RAVE invoices listing COEX Events were not legitimate. COLLETTI advised that he and GROETZINGER used COEX invoices to "get money into GROETZINGER's hands." The funds were either used to pay people, such as BOB BROOKS of HOOTER'S, or the money went to COLLETTI or GROETZINGER.

COLLETTI was then asked to go through the stack of invoices from RAVE MEDIA & EVENTS SERVICES, INC. and identify the invoices that he thought were not legitimate. The invoices identified by COLLETTI as not being legitimate were as follows:

- Invoice dated 9/05/2000 from RAVE MEDIA to MILLER listing a description as "Services in connection with the Island of Capri" in the amount of $21,639.

- Invoice dated 9/08/2000 from RAVE MEDIA to MILLER listing a description as "Services in conjunction with APPLEBEE'S" in the amount of $50,823.

- Invoice dated 6/12/2001 from RAVE MEDIA to MILLER listing a description of "Services in connection with Hotel/Motel Show 2001" in the amount of $26,310.

- Invoice dated 7/11/2001 from RAVE MEDIA to MILLER listing a description of "Services in connection with COEX 2001" and listing a cost of $23,835.

- Invoice dated 2/06/02 from EVENT SERVICES, INC. to MILLER listing a description of "For services in connection with the COEX Show" in the amount of $47,317.

- Invoice dated 9/30/2004 from EVENTS SERVICES, INC. to MILLER listing a description of "Midwest Tribal Gaming Convention-Sponsorship" in the amount of $20,000.

- Invoice dated 9/30/2004 from RAVE MEDIA to MILLER listing a description of "Ad Development and Ad Insertion-AMERICAN BEVERAGE INSTITUTE (ABI) Media

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  Interview of David Colletti                              , On  07/09/2015 , Page  6 of 6

Guide" in the amount of $7,000.

- Invoice dated 12/09/2005 from EVENTS SERVICES, INC. to MILLER listing a description of "OLIVE GARDEN-General Manager's Conference" in the amount of $20,500.

- Invoice dated 2/3/06 from RAVE MEDIA to MILLER listing a description of "APPLEBEE'S Training Guide-National Accounts" in the amount of $36,000.

- Invoice from EVENTS SERVICES, INC. to MILLER listing a description of "Chain Operators Exchange" in the amount of $47,600.

### EVENTS MARKETING NETWORK, LLC

Of the twenty EVENTS MARKETING NETWORK, LLC invoices shown to COLLETTI, COLLETTI advised that none of the invoices were legitimate. COLLETTI advised that the invoices did not contain accurate descriptions of work done and COLLETTI does not believe there was work done for any of these invoices.

### RARE BEVERAGE CONCEPTS

Four invoices from RARE were shown to COLLETTI. COLLETTI believed that the one dated 2/19/2009 from RARE to MILLERCOORS in the amount of $46,530 may possibly have been legitimate. COLLETTI believes that MILLERCOORS paid a cruise line for something, but COLLETTI was not completely sure if this invoice related to that paymemt. COLLETTI believed that the other three invoices from RARE were legitimate. COLLETTI said he could not put it at 100 percent certainty, but thinks that the invoices seemed to be legitimate.

### P&D MARKETING AND PRIME PROMOTIONS

COLLETTI was then asked about invoices from PRIME PROMOTIONS and P&D MARKETING. COLLETTI was not provided with invoices from P&D MARKETING or PRIME PROMOTIONS at this time to review; however, believed that he would be able to identify the legitimacy of certain invoices if provided the opportunity. COLLETTI explained that most of the P&D and PRIME PROMOTIONS invoices were not legitimate. Although SCOTT DARST and JAMES RITTENBERG did some work early on to get MILLER into the SEMINOLE TRIBE CASINOS in Florida and then a few additional Indian Gaming Reservation Casinos in New York and on the West Coast, the majority of invoices from P&D MARKETING and PRIME PROMOTIONS were not legitimate.

FBI302-011-000114



BEVERAGE INDUSTRY
MARKETING SERVICES

154 Beach City Road, Suite B
Hilton Head Island, SC 2992

## INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 3/24/2006 | 5827 | 5236(a) | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

DOCUMENT #: 6, 0, 0, 0, 8, 37, 6 23,
VENDOR #: 2, 1, 0, 6, 2, 5,

COMPANY CODE

☑ 0100   ☐ 4500   ☐ 7700   ☐ 6800   ☐ 8000

S0174 - 2007   ☐            User I.D. _____

Client: Miller Brewing Company
Purchase Order: 100519003
Project: Beverage training guide (Pluquat - Indian gaming)
Description: beverage alcohol guidelines
Services include: services for content research outlines/copy drafting and revisions. Graphic design/layout to film
Amount Due: $18,520.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

P.O. # 100519003

I.O. # 22         COST ELEMENT # 7500000

TAX CODE # 2269346

DESCRIPTION PRINT A7

APPROVAL _____ Allyson Foster

Phil Bavot

FY06
Accrual

CONFIDENTIAL          MillerCoors/Colletti_003193

FBI302 011-000115

RECEIVED

JUN 0 6 2006

NATIONAL ACCOUNTS



154 Beach City Road, Suite B
Hilton Head Island, SC 2992

# INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 6/1/2006 | 5962 | 6006 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

DOCUMENT # 6 0 0, 0, 9 3, 4, 2 4 8,
VENDOR # 2, 1, 0, 6, 2 5,

COMPANY CODE
☑ 0100  ☐ 4500  ☐ 7700  ☐ 8800  ☐ 6000
S0174 - 2007  ☐ _____  USER I.D. MICO9 6/15

Client: Miller Brewing Company
Purchase Order: 100530871
Project: HMS Host
Description: Menu beverage program
Services include: services for creation and development of beverage training materials, research development and creative design
Amount Due: $23,250.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

PO# 100530871
I.O. # 285140  COST ELEMENT # 711000
TAX CODE # AGEN A8
DESCRIPTION HMS menu
APPROVAL

David Coletti,

CONFIDENTIAL

MillerCoors/Colletti_003197

200

FBI302 011-000116

RECEIVED

JUN 0 C 2006

NATIONAL ACCOUNTS



154 Beach City Road, Suite B
Hilton Head Island, SC 2992

## INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 6/8/2006 | 6114 | 6011 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

DOCUMENT # 6,0,0,0,9,3,4,2,4,9,
VENDOR # 2,1,0,6,2,5
COMPANY CODE
☐10100  ☐4500  ☐7700  ☐6900  ☐8300
60174 - 2007    ☐ _____    User I.D. *MC09* 6/15

Client: Miller Brewing Company
Purchase Order: 100531328
Project: Buffalo Wild Wings (BWW)
Description: retail training program
Services Include: content research outline/copy drafting and revisions, graphic design and layout,
film and printing
Amount Due: $52,700.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

PO# 100531328
I.O. # 200104  COST ELEMENT# 711000
TAX CODE # AGEN A8
DESCRIPTION Training BWW
APPROVAL

David Colletti.

CONFIDENTIAL

MillerCoors/Colletti_003201

20 p

FBI302 011-0001117

18 SEP '06 9:25



154 Beach City Road, Suite B
Hilton Head Island, SC 2992

## INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 9/7/2006 | 6185 | 6110 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100548463
Project: Hooters
Description: beverage training guide
Services Include: creative design and layout, content research outline, copy drafting and revisions
Amount Due: $51,600.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

DOCUMENT # 6 0, 0, 1, 1, 1, 7 6 9, 2 "w"

VENDOR # 2 1, 0, 6, 2, 5

COMPANY CODE

☐ 0100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 8000

60174 - 2007  ☐ _____   User I.D. MJC09

Need Approval
9/21 email sent

MillerCoors/Colletti_003205

208

FBI302 011-000118

MAR 20 PM 2:58



154 Beach City Road, Suite B
Hilton Head Island, SC 2992

## INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 3/12/2007 | 7225 | 8107 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100582219
Project: Darden Beverage Alcohol Training Guide
Description: retail training program
Services include: content research outline/copy drafting and revisions. Graphic design/layout to film, printing
Amount Due: $28,740.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

DOCUMENT # 60,014,369,12 "(W)"
VENDOR # 2,1,0,6,2,5

COMPANY CODE
☒ 0100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 8000
S0174 - 2007  ☐ _____  User I.D. _____ 3/26

CONFIDENTIAL

MillerCoors/Colletti_003212

FBI302 011-000119



154 Beach City Road, Suite B
Hilton Head Island, SC 29926

## INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 9/14/2007 | 7336 | 8204 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100621646
Project: Professional basketball program (NBA) Bar and Tavern Ideation
Description: retail promotional materials
Services include: content research outline/copy drafting and revisions. Graphic design/layout to final film,
Printing and fulfillment
Amount Due: $11,200.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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
Phone: 843-342-5355
Fax: 843-342-2245

DOCUMENT # 600,1,8,8,2,82
2,1,0,6,2,5

VENDOR #

COMPANY CODE

☐ 0100   ☐ 4500   ☐ 7700   ☐ 6800   ☐ 9000
☐ 80174 - 2008   ☐

USER I.D. _NK09_

10/29

David Colletti

CONFIDENTIAL

MillerCoors/Colletti_003218

(205)



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

DOCUMENT # 6 0 0 0 9 3 1 4 5 2
VENDOR # 2 1 9 1 5 2

COMPANY CODE
☒0100  ☐4500  ☐7700  ☐6800  ☐8000
S0174-2007  ☐ _____  Uior I.D. BM30

RECEIVED

JUN 0 C 2006

NATIONAL ACCOUNTS

**INVOICE**

Number 54328
Date: 6/13/2006
Quote: 574379

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO 100531355 | $53,500. |
| Account: American Beverage Institute (ABI) | |
| Services Include: Trade Show Sponsorship--opening reception including cocktail party and sponsorship fee | |

Total Due:   $53,500.

*WE APPRECIATE YOUR BUSINESS*

PO# 100531355

I.O. # 222093   COST ELEMENT# 515200

TAX CODE #   SPON AB

DESCRIPTION   Meeting Sponsorship

APPROVAL

23a

CONFIDENTIAL

MillerCoors/Colletti_003354

FBI302_011-000122

# EVENTS
## MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

DOCUMENT # 6.0.0.9.3.1.482
VENDOR # 2.1.9.1.57

COMPANY CODE
☒0100  ☐4500  ☐7700  ☐6800  ☐8000
SC174 - 2007  ☐_____  User I.D. BM30

RECEIVED

JUN 0 E 2006

NATIONAL ACCOUNTS

***INVOICE***

Number 4932
Date: 6/09/2006
Quote: 574365

*Bill To:*
*Miller Brewing Company*
*3939 W. Highland Blvd.*
*Milwaukee, WI 53201*
*Attn: Corporate Accounts Payable*

*PLEASE REMIT PAYMENT To:*
*Events Marketing Network LLC*
*95 Matthews Drive, Ste. E7, Unit 133*
*Hilton Head, SC 29926*
*Phone: 843-384-7570*

*Description*
PO 100531354
Account: ROUNDTABLE PIZZA
*Services Include: sponsorship fee and product display*

*Net Cost*
$26,500.

*Total Due:* $26,500.

*WE APPRECIATE YOUR BUSINESS*

PO# 100531354

I.O. # 203139  COST ELEMENT# 515200

TAX CODE # Spon A8

DESCRIPTION Meeting Sponsorship

APPROVAL

*David Colletti*

23b

CONFIDENTIAL                    MillerCoors/Colletti_003356

FBI302_011-000123



**MARKETING NETWORK LLC**
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

11 AUG AM 9:13

## INVOICE

*Number 544627*
*Date: 7/21/2006*
*Quote: 575421*

*Bill To:*
*Miller Brewing Company*
*3939 W. Highland Blvd.*
*Milwaukee, WI 53201*
*Attn: Corporate Accounts Payable*

*PLEASE REMIT PAYMENT To:*
*Events Marketing Network LLC*
*95 Matthews Drive, Ste. E7, Unit 133*
*Hilton Head, SC 29926*
*Phone: 843-384-7570*

| Description | Net Cost |
|---|---|
| PO 100540748 | $46,500. |

Account: Miller-foodservice Operators (MUFSO) mid-year conference
Services Include: Reception sponsorship and execution, product display, sampling and
servers

*Total Due:*      *$46,500.*

*WE APPRECIATE YOUR BUSINESS*

8/10/06

David Colletti

1 AUG AM 9:01

DOCUMENT # 6,0,0,1,4,8,6,8,4
VENDOR # 2,1,9,1,5,7

**COMPANY CODE**
☑0100  ☐4600  ☐7700  ☐6800  ☐8000
80174-2007      ☐          User I.D.: *BMO*

CONFIDENTIAL

MillerCoors/Colletti_003358

FBI302_011-000124



**EVENTS**
**MARKETING NETWORK LLC**

95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

## INVOICE

Number 544710
Date: 9/6/2006
Quote: 575521

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO 100548521 | $40,000 |
| Account: Ruby Tuesdays Restaurant Chain – General Managers Conference | |
| Services Include: Bronze level reception sponsorship, product display, sampling and servers | |

Total Due:      $40,000.

WE APPRECIATE YOUR BUSINESS!                          21 SEP AM 9:06

Posted 9-21-06

David Colletti

DOCUMENT # 6,0,0,1,1,4,7,0,7

VENDOR # 2,1,9,1,5,7

COMPANY CODE

☒0100  ☐4600  ☐7700  ☐8800  ☐8000

S0174 - 2007     ☐ _____     USER I.D. BM30

CONFIDENTIAL                    MillerCoors/Colletti_003361      23a

FBI302_011-000125



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

## INVOICE

Number 545222
Date: 10/16/2006
Quote: 575610

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

**PLEASE REMIT PAYMENT To:**
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100556677 | $48,000. |

COEX Convention (Chain Operators Exchange)
Services Include: booth set-up & teardown, audio rental at booth, opening reception to include Cocktail party. Talent fee (3 days). Sell sheet development- 2 sided

|  | Total Due: | $48,000. |
|---|---|---|

### WE APPRECIATE YOUR BUSINESS!

David Colletti

DOCUMENT # 6 0 0 1 1 9 4 7 5 7
VENDOR # 2 1 9 1 5 7
**COMPANY CODE**
☑8100 ☐4500 ☐7700 ☐8800 ☐8000
50174-2037 ☐ _____ User I.D. *BM30*

CONFIDENTIAL          MillerCoors/Colletti_003367
23f

FBI302_011-000126



*Mary Rozenberg*

MAR 19 PH 2:24

MAR 22 AM 3:00

95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

## INVOICE

Number 62725
Date: 3/14/2007
Quote: 6461221

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

| Description | Net Cost |
|---|---|
| PO: 100582290 | $37,500. |
| National Indian Gaming Conference | |
| Services Include: reception sponsorship and execution, product display sampling and servers | |

Total Due: $37,500.

WE APPRECIATE YOUR BUSINESS!

*Phil Blavat*

*w-gold*

DOCUMENT # 6.0.1.4.2.5.5.9.9
VENDOR # 2.1.9.1.5.7

COMPANY CODE
☑0100  ☐4500  ☐7700  ☐6800  ☐8800

S0174 - 2007  ☐_____  User I.D. BM39

CONFIDENTIAL

MillerCoors/Colletti_003370  23g

FBI302_011-000127



**MARKETING NETWORK LLC**
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

MAR 22 AM 9:00

## INVOICE

Number 62712
Date: 3/9/2007
Quote: 6453213

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100582288<br>TOTAL ENTERTAINMENT GM Conference (Bronze sponsorship)<br>Services Include: reception sponsorship and execution, product display and sampling | $35,000. |
| Total Due: | $35,000. |

**WE APPRECIATE YOUR BUSINESS!**

Phil Blavat

W-Hold

DOCUMENT # 6 0 0 1 4 2 5 6 5 0
VENDOR # 2 1 9 1 1 5 7

COMPANY CODE
☑ 8100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 8000

60174 - 2007   ☐ _____   User I.D. BM30

MAR 19 PM 2:27

CONFIDENTIAL

MillerCoors/Colletti_003373

23h

FBI302_011-000128



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

APR 2 PM 12:24

## INVOICE

Number 62744
Date: 3/26/2007
Quote: 6461237

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100585267 | $22,600. |
| Joint Venture Partners (JVP) – Outback Steakhouse Conference- Foster's sponsorship | |
| Services Include: sponsorship fee and product display | |

Total Due: $22,600.

WE APPRECIATE YOUR BUSINESS!

DOCUMENT # 600145279L
VENDOR # 219157
COMPANY CODE
☐ 0100  ☐ 4500  ☑ 7700  ☐ 8800  ☐ 8000
S0174-2008  ☐ _____   USER LD. BM30

600500

MillerCoors/Colletti_003376
231



*Rozenberg*
957

APR 2 PM 12:24

## INVOICE

Number 62743
Date: 3/26/2007
Quote: 6461246

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100585270 | $30,000. |
| General Managers Conference - Fox & Hound account | |
| Services Include: "Foster's" sponsorship fee and product display | |

Total Due:  $30,000.

## WE APPRECIATE YOUR BUSINESS!

W-Hold

DOCUMENT #: 6,0,0,1,4,5,2,7,9,2
VENDOR #: 2,1,9,1,5,7
COMPANY CODE
☐ 0100   ☐ 4500   ☒ 7700   ☐ 8800   ☐ 8800
S0174 - 2008   ☐          Util I.D. *BM3*

*6 00500*

CONFIDENTIAL

MillerCoors/Colletti_003379   23

FBI302_011-000130

*Rozenberg*



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

APR 2 R 2009

## INVOICE

Number 62752
Date: 3/28/2007
Quote: 6461225

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100585265 | $25,000 |
| GM Conference – Olive Garden (Darden) | |
| Services Include: Peroni sponsorship fee for bronze level participation at the conference with product display and sampling | |

Total Due: $25,000.

### WE APPRECIATE YOUR BUSINESS!

w—Hold

DOCUMENT # 6.0.0.1.4.5.3.3.6.6.
VENDOR # 2. 1. 9. 1. 5. 7.
COMPANY CODE
☑0700 ☐4600 ☐7700 ☐6800 ☐6000
S0174 · 2008 ☐ _____ USER I.D. *BM30*

797126

CONFIDENTIAL                MillerCoors/Colletti_003381
23 K

FBI302_011-000131



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit I33
Hilton Head, SC 29926

APR 2 PH 3:09

## INVOICE

Number 62754
Date: 3/29/2007
Quote: 6461247

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Matthews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100585266 | $12,000. |
| General Managers Conference – Fox & Hound | |
| Services Include: "Pilsner Urquell" brand sponsorship fee and product display | |

Total Due: $12,000.

### WE APPRECIATE YOUR BUSINESS!

DOCUMENT # 6.0.0.7.4.5.3.3.6.8.
VENDOR # 2.1.9.1.5.7

w - Hold

COMPANY CODE
☑ 0100  ☐ 4600  ☐ 7700  ☐ 6000  ☐ 8000
S0174 - 2000  ☐ _____  USER I.D. AM3

794007

CONFIDENTIAL

MillerCoors/Colletti_003384

FBI302_011-000132



**EVENTS**
MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

OCT 1 0 2007

# INVOICE

Number 63483
Date: 9/20/2007
Quote: 6532628

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100623303 | $48,000. |
| Multi-Unit Foodservice Operators (MUFSO) Conference | |
| Services Include: Booth set-up & teardown, audio rental at booth, talent fee (4 days), | |
| Sell sheet development – (2 sided) as handout | |

Total Due: $48,000.

## WE APPRECIATE YOUR BUSINESS!

M. Rozenberg

David Colletti

DOCUMENT # 6 2 0 1 8 9 7 3 1
2 7 9 1 5 7
VENDOR #
COMPANY CODE
☑0100  ☐4500  ☐7700  ☐6800  ☐9000
89174•2008  ☐_____   User I.D. F879

CONFIDENTIAL

MillerCoors/Colletti_003386

23 m

FBI302_011-000133

M Rozenberg

5/6000
222/0 1

# EVENTS
## MARKETING NETWORK LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926

**INVOICE**

Number 63488
Date: 9/21/2007
Quote: 6532545

Bill To:
Miller Brewing Company
3939 W, Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT TO:
Events Marketing Network LLC
95 Mathews Drive, Ste. E7, Unit 133
Hilton Head, SC 29926
Phone: 843-384-7570

| Description | Net Cost |
|---|---|
| PO: 100623303<br>American Beverage Institute (ABI) Fall Meeting and Retailer Golf Tournament<br>Sponsorship<br>Services include: banner and signage development for display at each hold, product<br>and sampling at each hole, display in hospitality tent featuring Miller products,<br>Reception sponsorship | $46,830. |

Total Due:   $46,830.

## WE APPRECIATE YOUR BUSINESS!

David Collett

DOCUMENT # 2 0 0 1 8 4 8 6 3 8
VENDOR # 2 1 9 1 5 7
COMPANY CODE
☒0100  ☐4500  ☐7700  ☐8800  ☐8000
S0174 - 2008   ☐   Uzer I.L. BM30

CONFIDENTIAL           MillerCoors/Colletti_003389

23n

FBI302_011-000134

*Rosenberg*

MAR 6 · 2008



**EVENTS**

**MARKETING NETWORK LLC**

301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 72432
Date: 2/27/2008
Quote: 6624833

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100654706 | $48,620. |

Chain Operators Exchange (COEX)
Exhibit/Sponsorship
Services include: standard 10' x 10' display booth w/upgraded furniture package
2 temp hosts/hostesses, entertainment co-sponsor

| | Total Due: | $48,620. |
|---|---|---|

### WE APPRECIATE YOUR BUSINESS!

(Blavat)   *Blocker*

DOCUMENT # 6,0,0,2,1,4,0,3,6,5,
VENDOR # 2,1,9,1,5,7,

**COMPANY CODE**
☒ 0100   ☐ 4500   ☐ 7700   ☐ 6800   ☐ 8000
60174 - 2008   ☐ _____   Uccs I.D. *BM30*

CONFIDENTIAL     MillerCoors/Colletti_003390 23₀

FBI302_011-000135



# EVENTS
## MARKETING NETWORK LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 72435
Date: 2/27/2008
Quote: 6624829

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO# 100654706 | $37,500. |
| American Beverage Institute (ABI) Supporting Sponsor - Mid-Winter meeting Services Include: welcome reception/cocktail party, full premium bar- Miller Lite/MGD/Foster's bottles, 2 servers/bartender | |

Total Due:  $37,500.

### WE APPRECIATE YOUR BUSINESS!

Phil Blawat

DOCUMENT # 6.0.0.2.1.4.0.3.6.9

VENDOR # 2.1.9.1.5.7

COMPANY CODE
☑0160  ☐4500  ☐7700  ☐6800  ☐8000
80174 - 2009    ☐ _____     User I.D. BM3D

CONFIDENTIAL          MillerCoors/Colletti_003392

FBI302_011-000136

23p



MARCH 6 - 2008

301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 72436
Date: 2/28/2008
Quote: 6624840

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100654706 | $45,800. |

Multi-Unit Foodservice Operators (MUFSO)
Presenting Sponsor
Services include: Exhibit lounge are set-up/teardown – furniture rental includes
Portable bar/floral/carpet. 1 host server, ice only (beer supplied)

Total Due:     $45,800.

WE APPRECIATE YOUR BUSINESS!

(Blank)

Blocked

DOCUMENT #L 6 0 0 2 4 0 3 6 7
VENDOR # 2 1 9 1 5 2
COMPANY CODE
☐ 0109-  ☐4500  ☐7700  ☐6000  ☐8000
60174 - 2008  ☐ _____  USER I.D. BM30

CONFIDENTIAL      MillerCoors/Colletti_003393
23a

FBI302_011-000137



**EVENTS**
MARKETING NETWORK LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7588

## INVOICE

Number: 73444
Date: 8/11/2008
Quote: 6625245

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100677459 | $46,300. |

American Beverage Institute (ABI)
Sponsorship/Event Coordination
Services include: banner & signage development, product & sampling featuring
Miller products, reception sponsorship

| Total Due: | $46,300. |
|---|---|

### WE APPRECIATE YOUR BUSINESS!

DOCUMENT # 6,0,0,2,3,8,4,0,2,0
VENDOR # 2,1,9,1,5,0

COMPANY CODE
☐ 0100   ☐ 4500   ☐ 7700   ☐ 8800   ☐ 8000

S0174 - 2009   ☐ _____   User I.D. '32

CONFIDENTIAL          MillerCoors/Colletti_003394

23r

FBI302_011-000138



## EVENTS
### MARKETING NETWORK LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926
Phone: 843-384-7570
Fax: 843-342-7688

JUN 26 AM 8:54

## INVOICE

Number: 73445
Date: 6/11/2008
Quote: 6625260

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
301 Central Avenue, Ste. 244
Hilton Head, SC 29926

| Description | Net Cost |
|---|---|
| PO: 100677459 | $45,000. |

*SSP America*
General Managers Conference (Bronze sponsorship)
Services include: MBCo. sponsorship fee for bronze level participation at the conference with product display and sampling

Total Due:  $45,000.

## WE APPRECIATE YOUR BUSINESS!

Document # 600,2,384,021
Vendor # 21,9,1,5,2
COMPANY CODE
☑6100  ☐4500  ☐7700  ☐6800  ☐8000
80174-2009  ☐_____  Unit I.D. 132

FBI302_011-000139


**EVENTS**
MARKETING NETWORK LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117
Phone: 843-384-7670
Fax: 843-342-7588

## INVOICE

Number: 73523
Date: 2/5/2009
Quote: 6632655

Bill To:
MillerCoors
Corporate Headquarters
3838 West High Life Place
Milwaukee, WI 53208

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117

| Description | Net Cost |
|---|---|
| PO: 100723991 | $45,800. |

*Multi-Unit Foodservice Operators (MUFSO)*
Exhibit Sponsorship
Services include: Booth rental, set-up/teardown, talent fee (est. 3 days) opening reception to include cocktail party (included in sponsorship fee). Sell sheet development and printing for directional attendee handout.

| | Total Due: | $45,800. |
|---|---|---|

FEB 11 AM 8:43

## WE APPRECIATE YOUR BUSINESS!

David Colletti

DOCUMENT # 600289787-2
VENDOR # 219157

COMPANY CODE
☒0100  ☐4600  ☐7700  ☐6800  ☐8000
                                    **BM30**
S0174 - 2010  ☐_____  Unit I.D._____

23 t

CONFIDENTIAL       MillerCoors/Colletti_003397

FBI302_011-000140



**MARKETING NETWORK LLC**
516-D River Highway, Ste. 182
Mooresville, NC 28117
Phone: 843-384-7670
Fax: 843-342-7588

# INVOICE

Number: 73529
Date: 2/5/2009
Quote: 6632656

Bill To:
MillerCoors
Corporate Headquarters
3838 West High Life Place
Milwaukee, WI 53201

PLEASE REMIT PAYMENT TO:
Events Marketing Network, LLC
516-D River Highway, Ste. 182
Mooresville, NC 28117

| Description | Net Cost |
|---|---|
| PO: 100723991 | $48,620. |

*Chain Operators Exchange (COEX)*
Exhibit and Event Sponsorship
Services include: Sponsorship support, booth space rental, standard 10'.x 10', display booth with upgraded furniture package, carpeting, audio rental, set-up and teardown. (All electric and power needs included in the booth space rental).

FEB 11 AM 8:43

Total Due: $48,620.

## WE APPRECIATE YOUR BUSINESS!

David Collett

DOCUMENT # 600289,7870.
VENDOR # 2,1,9,1,5,7
☐0100  ☐4500  COMPANY CODE
☐7700  ☐6800  ☐8000
S0174 - 2010  ☐ _____  BM30
USER I.D._____

(23U)

CONFIDENTIAL          MillerCoors/Colletti_003899

FBI302_011-000141



149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117

# INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 2/4/2009 | 7235 | 8310 | Net 30 |

Bill To:
Miller Brewing Company/Coors Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100723988
Project: College Basketball Tournament
Description: Casino/Gaming promotional programming
Services Include: content research outline/copy drafting and revisions. Graphic design/layout to final film, all legal review and presentation, printing and fulfillment

Amount Due: $28,500.

FEB 11 AM 8:42

Please remit payment to:
Beverage Industry Marketing Services ,LLC
149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117
Tax ID: 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
Phone: 704-664-3191
Fax: 704-664-3182

DOCUMENT # 6,0,0,7,8,9,8,1,0,0

VENDOR # 2,2,5,9,4,4

COMPANY CODE
☑ 0100  ☐ 4500  ☐ 7700  ☐ 6900  ☐ 8000
☒ 30174 - 2010  ☐ _____  User I.D. _____

David Colletti

2/12

CONFIDENTIAL          MillerCoors/Colletti_001028          (3a)

FBI302_011-000062



AUG 0 3 2010

# INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 7/23/2010 | 8449 | 8204 | Net 30 |

Bill To:
MILLERCOORS
250 S. Wacker Drive, Ste. 800
Chicago, IL 60606

Client: MILLERCOORS
Purchase Order: 100826368
Project: Draft Training/Recognition Program
Description per estimate: Development of a system focused draft training and recognition program.

Amount Due: $87,000.

CO CODE # 0100
XX 251742 05
COST CENTER #
GL ACCT # 515200
TAX CODE PROF PS
APPROVAL _____ Jennifer
PO # 100828368     Hansen

Please remit payment to:
BIMS
149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117
Tax ID: 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
Phone: 704-664-3191
Fax   704-664-3182

## WE APPRECIATE YOUR BUSINESS!

Terms: Net 30 day

DOCUMENT # 6 0 0 4 1 9 7 9 3 1
VENDOR # 2 2 5 9 4 4
COMPANY CODE
☑0100  ☐4500  ☐7700  ☐6800  ☐8300
SD174 - 2010X  ☐      USER I.D. IX40

CONFIDENTIAL          MillerCoors/Colletti_001032   



DOCUMENT # 6 0 0 4 9 7 9 3 5 6

VENDOR # 2 2 5 9 4 4

COMPANY CODE

☒ 0100  ☐ 4500  ☐ 7700  ☐ 6800  ☐ 9000

☐ 58174 - 2011  ☐ _____  USER I.D. 6835

149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117
Phone: 704-664-3191
Fax: 704-664-3182

# INVOICE

| Date | Invoice # | Quote # | Terms |
|------|-----------|---------|-------|
| 4/27/2011 | 700443 | 008821 | Net 30 |

Bill To:
MillerCoors
National Accounts
250 South Wacker Drive
Chicago, IL

AL CODE # 0100
DC 251743 CR
COST CENTER #
G/L ACCT# 711000
TAX CODE A6EN A8
APPROVAL _____ Jennifer Hansen
PO # 100875123

Client: MillerCoors
Purchase Order: 100875123
Project: Casino ~ Draft Masters   Las Vegas, NV
Description of work completed: Development of a system focused draft training and recognition program. Included in the program is comprehensive draft beer education materials developed for all three beer selling system tiers. Program is focused against established standards and guidelines for draft beer as outlined in parameters by the client. Elements of the program include specific guidelines and requirements of the MillerCoors — Field sales selling team, Distributors/wholesalers and Retailers. The awards program has been developed to be adjustable to the needs of each segment which will build system capability. Materials have been developed to reward continued correct behavior.  Program includes scorecard for all sales areas and progressive awards system that will lead to eventual category annual winners as the process is executed.

Amount Due:  $89,000.

JUN 29 PH 1:34

WE APPRECIATE YOUR BUSINESS!

CONFIDENTIAL

MillerCoors/Colletti_001043

(3c)

FBI302_011-000064



149 Plantation Ridge Drive, Ste. 140
Mooresville, NC 28117
Phone: 704-664-3191
Fax: 704-664-3182

## INVOICE

Date: 2/20/2012

PO# 100930137

CO. CODE # 0100
ID# 251743
COST CENTER #
GL ACC # 711000
TAX CODE B6EN H8
APPROVE _____ Jennifer
PO # 100930137    Hansen

**Invoice To:**
MillerCoors
250 South Wacker Drive
Chicago, IL 60606

Client: MillerCoors

Project: Las Vegas – Casino, Draft Quality Management Routine

**Description:** Provided a by-unit assessment of current draft system efficiencies and supplied recommendations for increased yields and product quality. Instituted draft maintenance routines at each outlet and initiated a standardized check-list for ongoing program consistency.

**Services Included:** Development of an in-unit system focused draft training and recognition program focused against draft maintenance and pouring standards of draft beer. Elements of the program included per barrel yield vs. target analysis, secret shopper visits, glassware cleanliness and guest comments. An award program was developed that builds system capability and rewards correct behavior and yield expectations. In-unit program materials included training guidelines for bar management and servers. Scorecard was developed for all dispensing areas and cold storage.

Final Invoice Cost: $93,600.00

WE APPRECIATE YOUR BUSINESS!

DOCUMENT # 6005570547
VENDOR # 225944
COMPANY CODE
☑ 0100  ☐ 4500  ☐ 7700    TX20
SD174 - 2012  ☐ _____





CG CODE # 0100
251742
COST CENTER #
ACCT # 711000
TAX CODE A6ENR8    Jennifer Hanson    149 Plantation Ridge Drive, Ste. 140
                                      Mooresville, NC 28117
                                      Phone: 704-664-3191
                                      Fax: 704-664-3182
                                      Tax ID: 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
PO # 100968563

## INVOICE

Date: September 4, 2012                Invoice #:  007987

PO# 100968563

Prepared For:  MILLERCOORS National Accounts

Job Title: Casino Draught Beer Training Program (Las Vegas, NV)

Description: Instructional training for wait staff and service persons on the proper way to
handle, care and serve - draught beer.

Services Included: Defining the correct handling and care procedures at the back end of
the draught beer system including, temperature, tavern head maintenance, line cleaning,
system balance and proper storage techniques. Front of the bar wait staff and bartender
training included; waste reduction, proper beer pouring techniques, faucet maintenance,
glassware cleaning and educating the consumer on "Great Draught Beer".

Training included the following locations: Cannery Casinos, Rampart Resort & Casinos
and Bill's Casino

DOCUMENT # 6 0 0 6 0 2 5 0 4 8

Completion Date: August 29, 2012       VENDOR # 2 2 5 9 4 4
                                               COMPANY CODE
                                       ☒ 0100   ☐ 4500   ☐ 7700

Invoice Total: $28,730.00              S0174 - 2012  ☐ _____    USER I.D. 6B35

Please contact us if you have any questions or, need further information.

CONFIDENTIAL            MillerCoors/Colletti_001060

(32)



631-200B Brawley School Road, Ste. 228
Mooresville, NC 28117
Phone: 704-664-3191
Fax: 704-664-3182

# INVOICE

Date: February 15, 2013

MC - PO# 101000596



Invoice To:
MillerCoors
250 South Wacker Drive
Chicago, IL 60606

Client: MillerCoors National On-Premise Accounts

Project: Las Vegas – Casino and Hotel, Draft Quality Management & Assessments

Description: Provided a by-unit assessment of 38 current draft systems. Assessed efficiencies and supplied recommendations for increased yields and product quality. Instituted draft maintenance routines at each outlet and initiated a standardized check-list for ongoing program consistency.

Services Included: Development of an in-unit, system focused, draft training and recognition program focused against draft maintenance and pouring standards of draft beer. Elements of the program included, per barrel yield assessment vs. target levels, secret shopper visits, glassware cleanliness and guest satisfaction comments. An award program was developed that builds system capability and rewards correct behavior and yield expectations. In-unit program materials included training guidelines for bar management and servers. Individual scorecards and maintenance records were development for all of the 38 draft dispensing areas and cold storage.

Invoice Cost: $96,835.00

Completion Date: February 8, 2013

### WE APPRECIATE YOUR BUSINESS!

Document #: 6 90,6 4 5,5,8,7 0

Vendor #: 2,2,5,9,4,4

COMPANY CODE
☒ 0100  ☐ 4500  ☐ 7700  ☐ 0801

80174 - 2013   CONFIDENTIAL   Client ID: CA48   MillerCoors/Colletti_001064  

MillerCoors/Colletti_002761

**Rave Media**

*a division of Beverly Industry Marketing Services*

RECEIVED

OCT 15 '0 9: 50

CORPS. ACCTS. PAYABLE

**INVOICE**

Number: 4849
Due: 9/5/00

**PLEASE REMIT PAYMENT TO:**
RAVE MEDIA
33 Office Park Road, A-106
Hilton Head, SC 29928

Bill To: Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

Attn: Mr. David Colletti

| Description | Net Cost |
|---|---|
| Services in connection with Island of Capri Concept presentation of NFL program, thematic POS materials, customized to site | $21,639. |

THANK YOU FOR YOUR BUSINESS!
Tax ID Number: 57-1094664

CO. CODE #
IO#                              OR
COST CENTER #
GL. ACCT #
TAX CODE
APPROVAL #1
APPROVAL #2
DESCRIPTION

CONFIDENTIAL

843-342-7728 • 33 Office Park Road • A-106 • Hilton Head Island • South Carolina 29928

*Rave Media*

a division of
Beaufort Delivery Marketing Services

RECEIVED

'00 MAR 15 AM 9: 53

CORP. ACCTS. PAYABLE

**INVOICE**

Number: 4652
Date: 9/8/00

PLEASE REMIT PAYMENT TO:
RAVE MEDIA
33 Office Park Road, A-106
Hilton Head, SC 29928

Bill To: Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

Attn: Mr. David Colletti

| Description | Net Cost |
|---|---|
| Services in connection with Applebee's Development of concepts, presentations and thematics, 4th of July charity tie and Volunteer fireman fundraising | $50,823. |

Document # 29 005 167596
12-2005 0234

□6/2 ☑12 □OPERARY ☑1/6 □

VENDOR #        DELIVERY DATE        □
□6/00 □N/600 □17/0        DATE EAC#
BATCH 200

CO. CODE # _____
OR        2216*3        OR
COST CENTER # _____
GL ACCT # 610300
TAX CODE _____
APPROVAL #1  D. Hill        2216*13
APPROVAL #2  JM XVIIMC
DESCRIPTION _____

THANK YOU FOR YOUR BUSINESS!
Tax ID Number: 57-1094654

843-342-7723 • 33 Office Park Road • A106 • Hilton Head Island • South Carolina 29928

CONFIDENTIAL

MillerCoors/Colletti_002763

226

MillerCoors/Colletti_002771

**Rave Media**
a division of Burnett Aderman Marketing Services

RECEIVED

2001 JUL 11 PM 3: 02

CORP. ACCTS. PAYABLE

**INVOICE**

Number: 4752
Date: 6/12/01

**PLEASE REMIT PAYMENT TO:**
RAVE MEDIA
33 Office Park Road, A-106
Hilton Head, SC 29928

Bill To: Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

Attn: Mr. David Colletti

**Description**
Services in connection with Hotel/Motel show 2001
Includes: booth, displays, collateral, novelties

**Net Cost**
$26,310.

THANK YOU FOR YOUR BUSINESS!!
Tax ID Number: 57-1094664

845-342-7722 • 33 Office Park Road • A-106 • Hilton Head Island • South Carolina 29928

CONFIDENTIAL

7/16

# Rave Media

*A division of Sunrise Industry Marketing Services*

RECEIVED

2011 JUL 11 PH 3:02

COORS ACCTS. PAYABLE

**INVOICE**

Number: 4763
Date: 7/11/01

**PLEASE REMIT PAYMENT TO:**
RAVE MEDIA
33 Office Park Road, A-106
Hilton Head, SC 29928

Bill To: Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

Attn: Mr. David Colletti

**Description**

Services in connection with COEX 2001
Includes: trade show materials and pos items

**Net Cost**

$23,835.

Document # 290000939 52
2.0.5 0.3.4
Company Type ☐ Code ☐ ca.i.a. COEX
Vendor # ☐ 6100 ☐ 060

THANK YOU FOR YOUR BUSINESS!
Tax ID Number: 57-1094664

PO 100242244
22207
870000

500007 6024



843-342-7729 • 33 Office Park Road • A-106 • Hilton Head Island • South Carolina 29928

**CONFIDENTIAL**

MillerCoors/Colletti_002772

MillerCoors/Colletti_002779

# Event Services Inc.

**Document #:** I70002030101

**Version #:** 2052634

**Company Code:**
☑ 0705- ☐ 1150 ☐ 1700 ☐ 1000

**Bill To:** Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

**Attn:** Ms. MaryAnn Rodaman

## INVOICE

**Number** 4721-A
**Date:** 2/6/02

PLEASE REMIT PAYMENT
ESI
33 Office Park Road, A-106
Hilton Head, SC 29926
( ID #: 57-1094664 )

| Description | Net Cost |
|---|---|
| For services in connection with the COEX (Chain Operators Exchange) Show Feb. 22 thru Feb. 25, 2002 | $47,317. |
| Includes: | |
| · Sell sheet handouts | |
| · Talent fees (MBCo.; servers) | |
| · Reception sponsorship and execution (food and beverage service) | |

**Total:** $47,317.

100 270020

500089084

THANK YOU FOR YOUR BUSINESS!

33 Office Park Rd., A-106 · Hilton Head, SC 29928

CONFIDENTIAL

FBI302_011-000156

# EVENT SERVICES INC.

**33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928**

DOCUMENT # _2 9 0 0 0 8 8 8 2 3_

VENDOR # _2 1 2 9 2 7_

COMPANY CODE
☐ 6100  ☐ 4500  ☐ 7700  ☐ 6600  ☐ 6000
6017A - 2105  ☐ _____   Ums I.D. _BM 30_

## INVOICE

Number 7326
Date: 9/30/04

Bill To:
*Miller Brewing Company*
*3939 W. Highland Blvd.*
*Milwaukee, WI 53201*

PLEASE REMIT PAYMENT To:
*ESI/Rave*
*c/o Accord Financial, Inc.*
*Greenville, SC 29606*

Description          _100481599_          Net Cost
PO ▮▮▮▮▮▮▮
*Midwest Tribal Gaming Convention - Sponsorship*
*August 2004*
*Services include: dinner sponsorship fee, display and reception*

NET 30          Total Due:     $20,000.

## PLEASE REMIT TO:

**ACCORD** FINANCIAL INC.
P.O. Box 6704
Greenville, SC 29606
1-800-231-2757

*THANK YOU FOR YOUR BUSINESS*

NOTE:
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2757
immediately upon receipt of this invoice.
ATTENTION: UCC-1 ON FILE

DAVID Colletti          Phil Blavat

CONFIDENTIAL          MillerCoors/Colletti_002791

9D

FBI302_011-000157

**RAVE**MEDIA
marketing solutions

**PLEASE REMIT TO:**
**A**CCORD P.O. Box 6704
FINANCIAL, INC. Greenville, SC 29606
1-800-231-2757

33 Office Park Road,
A-106
Hilton Head SC 29928

843.342.7729 main
843.342.7588 fax

website
ravemediamarketing.com

**INVOICE**

212927

Invoice #: 6534
Date: 9/30/2004

Bill To: Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

DOCUMENT # 2,9,0,0,1,0,0,4,0,5

VENDOR # 2,1,2,9,2,7

COMPANY CODE
☐ 4690   ☐ 4500   ☐ 7700   ☐ 6800   ☐ 8000

S4174 - 2005   ☐ _____   USER ID BM3

Project Description
PO 100330001
Ad development and ad insertion – American Beverage Institute (ABI) Media Guide    $7,000.
Includes:  graphic design/layout to final film

NET 30                              TOTAL:        $7,000.

Please remit payment to:
Rave Media
c/o Accord Financial, Inc.
PO Box 6704
Greenville, SC 29606

Second Request

4 NOV AM 5:59

**THANK YOU FOR YOUR BUSINESS!**

11 NOV AM 10:27

11 NOV AM 10:27

NOTE:
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2757
immediately upon receipt of this invoice.
ATTENTION: UCC-1 ON FILE

DAVID Colletti

Ron Blavat

CONFIDENTIAL          MillerCoors/Colletti_002794    9H

FBI302_011-000158

# EVENT SERVICES INC.

33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

RECEIVED DEC 1 5 2005

*DC , for k.*
*+*
*PHIL*

*- MOSTLY*
*RATE MEDIA DC*

## INVOICE

Number 8248
Date: 12/9/2005

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

**PLEASE REMIT PAYMENT To:**
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO 100502004 | $20,500. |
| Olive Garden – General managers conference | |
| Services include: Reception sponsorship & execution (food and beverage) | |
| Product display | |

Total Due: $20,500.

## THANK YOU FOR YOUR BUSINESS

**NOTE:**
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2757
immediately upon receipt of this invoice.
ATTENTION: UCC-1 ON FILE

DOCUMENT # 0000608162
VENDOR # 212922

COMPANY CODE

☒ C100  ☐ 4500  ☐ 7700  ☐ 5800  ☐ 8000
09174 - 2006  ☐  12/15  User I.D. ADS

*David Colletti*

CONFIDENTIAL

MillerCoors/Colletti_002836

34 220025
9h

**RAVEMEDIA**
marketing solutions

33 Office Park Road,
A-106
Hilton Head SC 29928

843.342.7729 main
843.342.7588 fax

website
ravemediamarketing.com

## INVOICE

Invoice #: 8253
Date: 2/3/2006
Quote #:77152

Bill To: The Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Accounts Payable

Project Description
PO #:J00510197
Applebee's Training Guide - National Accounts
Research outline, write copy, design graphics with 4/color photos, layout and
production. Includes all revisions and printing

TOTAL: $36,000.

Please remit payment to:
Rave Media
c/o Accord Financial, Inc.
PO Box 6704
Greenville, SC 29606

*100510197*

*David Colletti*

## THANK YOU FOR YOUR BUSINESS!

NOTE:
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial Inc. 1-800-231-2757
Immediately upon receipt of this invoice.
ATTENTION: UCC-1 ON FILE

MAR 0 2 2006

DOCUMENT # 6,0,0,7,3,3,2,9
VENDOR # 2,1,2,2,7

☑ 4100  ☐ 4500  COMPANY CODE
☐ 7700  ☐ 6300  ☐ 8000
SOP4 - 2005  ☐  USER I.D. BM30

CONFIDENTIAL          MillerCoors/Colletti_002840

FBI302_011-000162



# EVENT SERVICES INC.

33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

PLEASE REMIT TO:

**ACCORD** FINANCIAL INC.
P.O. Box 6704
Greenville, SC 29606
1-800-231-2767

## INVOICE

Number  8265
Date: 2/28/2006
Quote: 61385

**Bill To:**
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

**PLEASE REMIT PAYMENT To:**
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO: 100511332 | $47,600. |
| Chain Operators Exchange (COEX) | |
| Service include: booth set-up/teardown, development and design of | |
| 4 page sell sheet, audio rental, servers (3 days) + opening day reception | |

| | Total Due: | $47,600. |
|---|---|---|

*THANK YOU FOR YOUR BUSINESS*
*Terms Net 30 days*

**NOTE:**
This invoice is assigned to, owned by and
payable to Accord Financial, Inc.
P.O. Box 6704, Greenville, SC 29606.
Any offsets, claims, etc. must be reported
to Accord Financial, Inc. 1-800-231-2767
immediately upon receipt of this invoice.
ATTENTION: UCC-1 ON FILE

DOCUMENT # 6,0,0,7,6,8,8,1,0
VENDOR # 2,1,2,9,2,7
COMPANY CODE
☐ 4100   ☐ 4500   ☐ 7700   ☐ 6800   ☐ 8000
3M-2006   ☐ _____   USER ID: BM 30

CONFIDENTIAL

MillerCoors/Colletti_00285

FBI302_011-000164

FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/12/2018

    DAVID COLLETTI, Date of Birth (DOB): ▓▓▓▓▓▓▓▓ Social Security Account Number (SSAN): ▓▓▓▓▓▓ home address: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓ was interviewed telephonically. Also participating in the call was his Attorneys GENE MURPHY, MURPHY & HOURIHANE, LLC, 161 North Clark Street, Suite 2550, Chicago, Illinois, telephone number: (312)202-3200. COLLETTI, who was already aware of the identity of the interviewing Agent and the purpose of the interview, provided the following information:

    Prior to the onset of the interview, the interviewing Agent e-mailed to GENE MURPHY to provide to COLLETTI copies of numerous invoices that had been submitted to MILLER BREWING COMPANY (hereinafter MILLER) by third party vendors BEVERAGE INDUSTRY MARKETING SERVICES, LLC (hereinafter BIMS) and EVENT SERVICES, INC. (hereinafter ESI). The invoices listed various marketing, promotions or services allegedly provided to MILLER or MILLERCOORS by the referenced third party vendors. Copies of these invoices have been attached hereto and made part of this FD-302. COLLETTI was asked to review the attached invoices in order to determine if the invoices related to work that had been done by the third party vendors for MILLER or MILLERCOORS. COLLETTI provided the following information regarding those invoices:

    Invoice dated 07/29/2005 in the amount of $45,400 from ESI to MILLER with a work description of "Multi-Unit Foodservice Operators (MUFSO) mid-year conference" was not a legitimate invoice or accurate description of work done by ESI for MILLER.

    Invoice dated 08/03/2005 in the amount of $25,040 from BIMS to MILLER with a work description of "retailer training program" was not a legitimate invoice or accurate description of work done by BIMS for MILLER.

Investigation on  07/12/2018  at  Chicago, Illinois, United States (Phone)

File #  318A-CG-4668147                                  Date drafted  07/12/2018

by  SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**GOVERNMENT EXHIBIT**

**Group Ex. 1(h)**

FD-302a (Rev. 05-08-10)

318A-CG-4668147

Continuation of FD-302 of  (U) Interview of David Colletti          , On  07/12/2018  , Page  2 of 2

Invoice dated 07/08/2005 in the amount of $25,000 from BIMS to MILLER with
a work description of "Indian Gaming" was not a legitimate invoice or
accurate description of work done by BIMS for MILLER.


Invoice dated 02/20/2006 in the amount of $53,000 from ESI to MILLER with
a work description of "Indian Gaming Convention" was not a legitimate
invoice or accurate description of work done by ESI for MILLER.


Invoice dated 09/30/2004 in the amount of $17,040 from ESI to MILLER with
a work description of "Midwest Tribal Gaming Convention" was not a
legitimate invoice or accurate description of work done by ESI for MILLER.


Invoice dated 11/14/2005 in the amount of $21,240 from ESI to MILLER with
a work description of "Midwest Indian Gaming Convention" was not a
legitimate invoice or accurate description of work done by ESI for MILLER.

FBI302 011-000113



25 JUL PH2:53

# INVOICE

| Date | Invoice # | Terms |
|------|-----------|-------|
| 7/8/2005 | 4185 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100476201
Project: Development of beverage responsibility program
Description: Indian Gaming
Services Include: copy, editorial, layout, graphic design and production
Amount Due: $25,000.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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

DOCUMENT # 6.0, 9.0, 3.5, 0, 9.3, 6,
VENDOR # 2, 1, 0, 6, 2, 5

COMPANY CODE
☑ 6100  ☐ 4500  ☐ 7700  ☐ 6300  ☐ 5000
SOPA - 2006  ☐ _____  User ID MMG9  7/30/05

1C0476201

154 BEACH CITY ROAD, SET. B • HILTON HEAD ISLAND, SOUTH CAROLINA 29926 • PHONE 843-342-5355 • FAX 843-342-2245
EMAIL: BIMSINC@HARGRAY.COM

CONFIDENTIAL          MillerCoors/Colletti_003185          (20 ℓ)

FBI302_020-000003



# EVENT SERVICES INC.
## 33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

### INVOICE

Number 8260
Date: 2/20/2006
Quote: 61362

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO: 100511334 | $53,000. |

Indian Gaming Convention
Service include: coordinating show arrangements - booth rental and set-up
Collating and developing survey, design of sell sheet - handout, reception
Sponsorship and execution, sampling and servers

Total Due: $53,000.

THANK YOU FOR YOUR BUSINESS
Net 30 days

FBI302_015-000145

FBI302_020-000004



**EVENT SERVICES INC.**

33 OFFICE PARK RD.,A-106 • HILTON HEAD, SC 29928

## INVOICE

Number 7327
Date: 9/30/04

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201

PLEASE REMIT PAYMENT To:
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO 100430089 | |
| Midwest Tribal Gaming Convention | |
| August 2004 | $17,040. |
| Services include: booth space/display, beer service girls, set-up and teardown | |

Total Due: $17,040.

THANK YOU FOR YOUR BUSINESS

FBI302_015-000143

FBI302_020-000005



# EVENT SERVICES INC.
3 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

## INVOICE

Number 8238
Date: 10/14/2005

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO 100492882 | $21,240. |
| Midwest Indian Gaming Conference | |
| Services include: sponsorship fee, product display and reception | |

Total Due:     $21,240.

THANK YOU FOR YOUR BUSINESS

FBI302_015-000144

FBI302_020-000006



# EVENT SERVICES INC.

33 OFFICE PARK RD., A-106 • HILTON HEAD, SC 29928

## INVOICE

Number 7327
Date: 7/29/2005

Bill To:
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

PLEASE REMIT PAYMENT To:
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

| Description | Net Cost |
|---|---|
| PO 100478607 | $45,400. |
| Multi-Unit Foodservice Operators (MUFSO) mid-year conference - Florida Services include: Reception sponsorship and execution (food and beverage) Produce display, sampling and servers | |

Total Due:     $45,400.

THANK YOU FOR YOUR BUSINESS

FBI302_015-000133

FBI302_020-000007



# INVOICE

| Date | Invoice # | Terms |
|------|-----------|-------|
| 8/3/2005 | 4215 | Net 30 |

Bill To:
Miller Brewing Company
3838 W. Highlife Place
Milwaukee, WI 53208-2866

Client: Miller Brewing Company
Purchase Order: 100478606
Project: Beverage training guide & service guideleines
Description: retailer training program
      vices Include: services for content research outlines/copy drafting and revisions. Graphic design/layout to film
    ount Due: $25,040.

Please remit payment to:
BIMS
154 Beach City Road, Ste. B
Hilton Head, SC 29926
Tax ID: 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

FBI302_015-000043

FBI302_020-000008

FD-302 (Rev. 5-8-10)

- 1 of 1 -


OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/12/2018

RICHARD BERMAN, Owner and President, BERMAN & COMPANY, ██████████████████████████████████, telephone number: ████████████████ was interviewed telephonically. Berman, who was aware of the identity of the interviewing Agent and the purpose of the interview, provided the following information:

BERMAN confirmed that he had received and had an opportunity to review 3 invoices that had been forwarded by the interviewing Agent via e-mail on 07/11/2018.  The invoices related to promotional events that were listed as having been done for the benefit of the AMERICAN BEVERAGE INSTITUTE (hereinafter ABI) by EVENTS SERVICES INC. and RAVE MEDIA.  The invoices listing these events for ABI were submitted to and paid by MILLER BREWING COMPANY (hereinafter MILLER) or MILLERCOORS. Copies of these invoices are attached hereto and made part of this FD-302.

BERMAN advised that the RAVE MEDIA invoice dated 09/30/2004 in the amount of $7,000 and and the RAVE MEDIA invoice dated 11/01/2004 in the amount of $6756 could possibly be legitimate, but he could not be sure without seeing the advertising product that was listed on the invoices.

BERMAN advised that the EVENTS SERVICES INC. invoice dated 06/08 /2005 in the amount of $52,700 did not seem correct.  BERMAN pointed out that the invoice did not indicate the function the promotion was connected to the work making it difficult to be definite as to validity.  BERMAN advised that he would say that the invoice was not legitimate, but could not be 100 percent certain.

BERMAN advised that without a doubt, the invoice seemed high and did not seem typical.  BERMAN explained that upon further review of the invoice, the description of work was questionable.  Based on the description, BERMAN was more doubtful that the work billed to MILLER was something that would have actually happened.

---

Investigation on   07/11/2018   at   Chicago, Illinois, United States (Phone, Email)

File #   318A-CG-4668147                                   Date drafted   07/12/2018

by   SA Laura B. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its content to be distributed outside your agency.

**GOVERNMENT EXHIBIT**
Group Ex. 1(i)

FBI302_020-000009



33 OFFICE PARK RD., A-106 · HILTON HEAD, SC 29928

*INVOICE*

Number 7300
Date: 6/8/2005

*Bill To:*
Miller Brewing Company
3939 W. Highland Blvd.
Milwaukee, WI 53201
Attn: Corporate Accounts Payable

*PLEASE REMIT PAYMENT To:*
ESI/Rave
c/o Accord Financial, Inc.
Greenville, SC 29606

*Description*
PO 100471753
American Beverage Institute (ABI)
Services include: Coordinating show arrangements - booth rental, set-up
• Developing survey and collating
• Sell sheet handouts
• reception sponsorship and execution (Food and beverage service)

*Net Cost*

Total Due:    $52,700.

*THANK YOU FOR YOUR BUSINESS*

FBI302_015-000137

FBI302_020-000012