UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  15 CR 260-2 |
| | ) | |
| | ) | Judge Jorge L. Alonso |
| RODERICK GROETZINGER | ) | |

**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

The United States asks this Court to issue a preliminary order of forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2.

(a) On May 5, 2015, an indictment was returned charging defendant RODERICK GROETZINGER with wire fraud violations pursuant to the provisions of 18 U.S.C. § 1343. The indictment sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

(b) On April 4, 2017, pursuant to Fed R. Crim. P. 11, defendant RODERICK GROETZINGER entered a voluntary plea of guilty to Count Three of the indictment.

(c) Pursuant to the terms of his plea agreement, defendant RODERICK GROETZINGER agreed that all right, title and interest that he may have in any property derived from proceeds obtained, directly or indirectly, as a result of the offense of conviction is subject to forfeiture.

(d) The United States requests that this Court enter a preliminary order of forfeiture against defendant RODERICK GROETZINGER as to funds in the amount of $2,022,989, because the property constitutes and is derived from the proceeds traceable to the offense of conviction.

(e) Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, the United States requests that the terms and conditions of this preliminary order of forfeiture be made part of the sentence imposed against defendant RODERICK GROETZINGER and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, a judgment is entered against defendant RODERICK GROETZINGER in the amount of $2,022,989. It is further ordered,

2. That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, all right, title, and interest defendant RODERICK GROETZINGER may have in the $2,022,989 judgment is hereby forfeit to the United States of America or disposition according to law. It is further ordered,

3. That, this court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

ENTERED:

9/6/18  _____
JORGE L. ALONSO
United States District Judge