# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                        Case No.: 1:15−cr−00260

                                        Honorable Jorge L. Alonso

Roderick Groetzinger, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso as to Roderick Groetzinger: Motion hearing held. Defendant's motion for release pending appeal [267] is entered and continued to 9/20/18 at 11:00 a.m. Defendant's motion to modify judgment and commitment order to recommend placement in either the FCI–I Butner (NC) and FCI–II Butner (NC) have RDAP Programs [274] is granted. Defendant's motion for disclosure of victim impact statements [276] is stricken without prejudice. Defendant&#039;s motion for disclosure of statement of reasons [278] is denied with prejudice. Defendant's motion to correct sentence under Rule 35 [281] is denied. Defendant's motion to file documents under seal [283] is entered and continued to 9/20/18 at 11:00 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.