UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Roderick Groetzinger, et al.

Defendant.

Case No.: 1:15−cr−00260
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

    MINUTE entry before the Honorable Jorge L. Alonso as to Roderick Groetzinger: Motion hearing held. For the reasons stated on the record, Defendant's motions to correct or reduce sentence under Rule 35 [281] and to file documents under seal [283] are denied. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.