UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | NO. 1:15-cr-00260-2 |
| RODERICK GROETZINGER | § § § | |

# Motion to be Excused from Designation of Local Counsel Under Local Rule 83.15

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Roderick Groetzinger, by and through his undersigned attorney and files this motion for relief from the local counsel requirement, and would show this Honorable Court as follows.

The undersigned has filed an application to be permitted to file documents in the case and to represent Mr. Groeztinger as a non-resident attorney. The Clerk's office has confirmed for filing in CM/ECF.

The undersigned intends to file a motion for an extension of Mr. Groetzinger's deadline to self-surrender to serve the sentence imposed in this case. The undersigned believes that this matter may be disposed of on the pleadings.

As filing and notice are accomplished electronically through the Case Management/Electronic Case Filing system, the undersigned believes that electronic notice on counsel for Defendant will be as effective upon the undersigned as it would upon local counsel, thus dispensing with the need for local counsel in this limited matter.

### Certificate of Conference

The undersigned forwarded a draft of this motion to Ms. Jennie Levin of the U.S. Attorney's office early this morning. The urgency of this matter necessitated not waiting for a response from Ms. Levin as to the Government's position on this motion.

**Prayer**

For these reasons, Mr. Groetzinger respectfully requests that this Court enter an Order relieving the undersigned of the requirement to designate local counsel.

Respectfully submitted,

Chad Van Cleave
Attorney at Law
P.O. Box 1703
Georgetown, Texas 78627
Telephone: (512) 497–0604
Facsimile: (512) 852-4755
chad@drugandgunlawyer.com


By:/s/ Chad Van Cleave
    Chad Van Cleave
    Attorney in Charge
    California Bar Number 224036

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Jennie Levin

/s/ Chad Van Cleave

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § § | NO. 1:15-cr-00260-2 |
| RODERICK GROETZINGER | § § § | |

**O R D E R**

On this date came on to be considered Defendant's *Unopposed Motion to be Excused from Designation of Local Counsel Under Local Rule 83.15*, and the motion is GRANTED, and no local counsel is required in this case.

SIGNED this _____ day of March, 2019.

_____
United States District Judge

2